Clear Form

60

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Richard S. Jackson

Plaintiff,

vs.

DTE, et al.

Defendant(s).
______________________________/

Case: 2:26-cv-14277
Assigned To : Grey, Jonathan J.C.
Referral Judge: Ivy, Curtis, Jr
Assign. Date : 11/9/2026
JACKSON V. DTE, et al. (CMC)

# Complaint

# COMPLAINT AND JURY DEMAND

Plaintiff Richard S. Jackson, representing himself pro se, brings this Hybrid Section 301 and Supplemental State-Law Tort action against Defendants DTE Energy Company ("DTE"), Utility Workers Union of America Local 223 ("Local 223"), David William Hazel, M.D., Henry Ford Health System, and Sedgwick Claims Management Services, Inc. ("Sedgwick"). In support, Plaintiff respectfully states as follows:

## I. JURISDICTION AND VENUE

1. This Court has original subject-matter jurisdiction over this action pursuant to Section 301 of the Labor Management Relations Act (LMRA), **29 U.S.C. § 185,** which grants federal district courts jurisdiction over suits for violations of contracts between employers and labor organizations representing employees in industries affecting commerce.

2. This Court further possesses federal question jurisdiction pursuant to 28 U.S.C. § 1331, as the core claims arise under the statutory laws of the United States.

3. This Court has supplemental jurisdiction over Plaintiff's state-law tort and statutory claims pursuant to **28 U.S.C. § 1367** because they form part of the same case or controversy, arise from a common nucleus of operative facts, and are completely intertwined with the federal labor law claims.

4. Venue is proper in the United States District Court for the Eastern District of Michigan, Southern Division, pursuant to **29 U.S.C. § 185** and **28 U.S.C. § 1391(b)** because the unlawful employment practices, breach of contract, fraudulent documentation, and bad faith actions occurred within this judicial district, and Defendant DTE Energy Company maintains its principal corporate headquarters within this district.

## II. PARTIES

5. Plaintiff, Richard S. Jackson, is an individual and a resident of the State of Michigan, residing in Belleville, Wayne County. At all times relevant to this action,

Plaintiff was an employee of Defendant DTE Energy Company and a union member in good standing of Utility Workers Union of America Local 223.

6. Defendant, DTE Energy Company ("DTE"), is a Michigan corporation with its principal corporate headquarters located at One Energy Plaza, Detroit, Michigan 48226. Defendant DTE is an employer engaged in an industry affecting commerce within the meaning of Section 301 of the LMRA.

7. Defendant, Utility Workers Union of America Local 223 ("Local 223"), is a labor organization representing employees in an industry affecting commerce within the meaning of Section 301 of the LMRA, with its principal business office located at 15160 Commerce Drive North, Dearborn, Michigan 48120.

8. Defendant, David William Hazel, M.D., is a physician licensed to practice medicine in the State of Michigan. At all times relevant, Dr. Hazel operated as an employee and agent of Henry Ford Health System, assigned to run the on-site "Henry Ford Occupational Health - DTE Energy" clinic inside DTE's corporate headquarters at 2000 Second Ave, Floor 6, Detroit, Michigan 48226.

9. Defendant, Henry Ford Health System, is a Michigan non-profit corporation with its principal corporate headquarters located at 1 Ford Place, Detroit, Michigan 48202.

10. Defendant, Sedgwick Claims Management Services, Inc. ("Sedgwick"), is a foreign corporation operating as the Third-Party Administrator (TPA) for DTE's workers' compensation program, with a major regional operational office located at 3270 W. Big Beaver Rd, Troy, Michigan 48084.

## III. STATEMENT OF FACTS

11. Plaintiff Richard S. Jackson dedicated 23 years of exemplary service as an employee of Defendant DTE and was at all times bound by a Collective Bargaining Agreement (CBA) administered by Defendant Local 223.

12. On April 23, 2022, Plaintiff suffered a severe, catastrophic work-related thoracic spinal fracture (T8-T9), establishing a valid, active statutory workers' compensation claim.

13. On November 7, 2023, Plaintiff's supervisor, Derrel Watts, executed a DTE Medical Referral form ordering a mandatory "Fitness for Duty" and alcohol/aberrant behavior assessment.

14. On November 8, 2023, at 9:59 AM, DTE Case Manager Kasi Gurczynski, BS-CM, acting in coordination with an operator identified in Henry Ford Health scheduling logs as 'SAILES, TONYA,' fraudulently manufactured a 'Short Exam' appointment under Plaintiff's name without Plaintiff's knowledge, consent, or authorization.

15. This unauthorized appointment was scheduled for November 9, 2023, at the on-site 'DTE Energy Occupational Health' clinic inside DTE headquarters to force a predetermined medical outcome.

16. The surreptitious creation of this appointment on November 8, 2023, directly conflicts with and exposes the fraud of DTE's internal medical referral form, which falsely claimed that Plaintiff had already been evaluated and declared 'Not Fit For Duty' (Not FFD) a day prior, on November 6, 2023.

17. Management and the on-site medical clinic backdated and marked the medical department section of that referral form as "Not Fit for Duty" (Not FFD) on **November 6, 2023,** relying on an unauthenticated, typed-in Supervisor signature and a clinical signature.

18. However, the official Electronic Medical Record (EMR) progress notes from Henry Ford Health System conclusively reveal that Defendant David W. Hazel, M.D., did not conduct the underlying clinical evaluation or electronically sign his notes until **November 9, 2023, at 15:17** (3:17 PM).

19. System metadata logs printed on the progress records reveal that an internal operator using system credential **[SV00870]** printed the manufactured report at **3:23 PM on November 9, 2023**—exactly six minutes after its electronic creation—to immediately execute a pretextual pay cutoff.

20. DTE manager Sherman Holt subsequently sent a formal written directive **December 21, 2023**, to Plaintiff's personal email account, explicitly stating that his compensation was being terminated as a direct result of his refusal to abandon his active workers' compensation claim and switch to private Short-Term Disability (STD) insurance channels.

21.This explicit "stop pay" directive was distributed directly to DTE's Human Resources (HR) William Aluia, Case Manager Aaron Estes, and Union Representative Al Mckinney which actively executed the retaliatory command and terminated Plaintiff's employment on February 2, 2024, without just cause.

22. On December 20, 2023, Plaintiff filed a formal written complaint with DTE's Corporate Ethics Department, providing clear notice that the medical documentation and pay cutoff directives were backdated, fraudulent, and retaliatory.

23. On **December 30, 2023, at 4:15 P.M**. Plaintiff filed a concurrent compliance complaint with Henry Ford Health System, notifying executive management that Dr. David W. Hazel had engaged in systemic medical document fabrication.

24. Both DTE Corporate Ethics and Henry Ford Health System formally acknowledged Plaintiff's complaints but subsequently issued rubber-stamp denials claiming no wrongdoing was found, actively covering up and ratifying the fraudulent document manipulation.

25. On August 13, 2026, Defendant Sedgwick furthered the conspiracy by generating and transmitting an unsigned, defective Form WC-107 (Notice of Dispute) to the Plaintiff's. This document intentionally left off any state case file number and fabricated a completely different, wrong injury description to obscure the administrative track of Plaintiff's spinal injury claim.

26. On May 15, 2026, the arbitration hearing was concluded. During this hearing, the corporate lawyers and Local 223's union counsel colluded to enter Dr. Hazel's fabricated November 6/9 medical records. Furthering this fraud, the Company's legal counsel presented physical copies of Plaintiff's timely medical records and compliance emails—which had been transmitted to DTE two weeks prior to, and on the morning of, the January 23, 2024, fact-finding meeting. In a manifest disregard of this material evidence, the Arbitrator textually expunged these records from his final written award, explicitly stating that he could not **"in good conscience"** reward Plaintiff with reinstatement and back pay, thereby substituting his own subjective moral code for the strict provisions of the **Collective Bargaining Agreement Section 5.4. Power of an Arbitrator and Section 8.41. General Orders, Routine Instructions, Company Memorandums, and Company Policies and Practices.**

27. Local 223's counsel willfully refused to object to the known fake records, failed to cross-examine DTE's witnesses, and withheld extensive exculpatory evidence and

witnesses that would have definitively proven Plaintiff's innocence.

28. Following the structurally corrupted arbitration ruling, Local 223 and its legal representatives completely ceased communication and ignored Plaintiff's urgent written requests to file a timely motion to vacate the tainted award.

29. Plaintiff contacted the National Headquarters of the Utility Workers Union of America (UWUA) regarding the fraud. National HQ explicitly informed Plaintiff that the local branch's actions and document manipulation constituted a crime. However, Local 223 management active stone-walled Plaintiff.

30. Plaintiff has formally reported these matters to independent regulatory enforcement agencies. True and accurate files are currently open under active investigation numbers with the Michigan Department of Licensing and Regulatory Affairs (LARA) and the Michigan Attorneys Grievance Commission (AGC).

## IV. CAUSES OF ACTION

## COUNT I: BREACH OF THE COLLECTIVE BARGAINING AGREEMENT

(Against Defendant DTE Energy Company Pursuant to 29 U.S.C. § 185)

31. Plaintiff realleges and incorporates by reference the allegations contained in paragraphs 1 through 27 as if fully set forth herein.

32. Defendant DTE was bound by the terms of the CBA executed with Local 223, which explicitly protects bargaining unit employees from termination or discipline without "Just Cause."

33. Defendant DTE breached the CBA by terminating Plaintiff's employment without just cause, relying intentionally on a fabricated "alcohol/aberrant behavior" report and a fraudulent workers' compensation record bearing unauthenticated, backdated signatures.

34. Defendant DTE further breached its contractual obligations by operating an unlawful scheme to force Plaintiff off state-mandated workers' compensation and onto private short-term disability insurance, terminating his 23-year career to evade extensive long-term medical and wage liabilities.

35. Arbitrator James E. Statham's intentional exclusion of material, exculpatory medical records and his deliberate shielding of witness perjury constitute a profound fraud upon the tribunal. This misconduct thoroughly corrupted the dispute mechanism, rendering the May 15, 2026, arbitration award legally void.

## COUNT II: BREACH OF THE DUTY OF FAIR REPRESENTATION

(Against Defendant Utility Workers Union of America Local 223 Pursuant to 29 U.S.C. § 185)

36. Plaintiff realleges and incorporates by reference the allegations contained in paragraphs 1 through 32 as if fully set forth herein.

37. Defendant Local 223 owed Plaintiff a statutory Duty of Fair Representation (DFR) to process grievances and handle arbitration proceedings honestly, competently, and in good faith.

38. Defendant Local 223 handled Plaintiff's termination dispute and arbitration hearing in a manner that was completely arbitrary, discriminatory, and in blatant bad faith.

39. Specifically, Local 223's legal counsel failed to object to known, fabricated medical documentation introduced by DTE, permitted DTE witnesses to commit open perjury without cross-examination, and willfully withheld exculpatory evidence.

40. Defendant Local 223 further breached its DFR following the tainted arbitration ruling by completely ceasing communication and ignoring Plaintiff's urgent requests to file a timely motion to vacate the fraudulent award, contradicting the direct directives of its own National Headquarters.

## COUNT III: WORKERS' COMPENSATION RETALIATION

(Against Defendant DTE Energy Company Under Michigan Public Policy / MCL 418.301)

41. Plaintiff realleges and incorporates by reference the allegations contained in paragraphs 1 through 37 as if fully set forth herein.

42. Under Michigan law, an employer is strictly prohibited from discharging, disciplining, or discriminating against an employee because the employee filed or

attempted to file a lawful claim for workers' compensation benefits.

43. Plaintiff engaged in legally protected activity by asserting his right to workers' compensation and necessary medical care following a severe, work-related thoracic spinal fracture suffered on April 23, 2022.

44. Defendant DTE intentionally retaliated against Plaintiff for engaging in this protected activity by fabricating false disciplinary reports, terminating his pay, and terminating his employment when he refused to participate in management's fraudulent scheme to shift workers' compensation liability onto private short-term disability channels.

## COUNT IV: CIVIL CONSPIRACY

(Supplemental State Law Claim Against All Defendants)

45. Plaintiff realleges and incorporates by reference the allegations contained in paragraphs 1 through 41 as if fully set forth herein.

46. Under Michigan common law, a civil conspiracy exists where two or more persons or entities combine by some concerted action to accomplish an unlawful purpose, or to accomplish a lawful purpose by unlawful means.

47. Defendants DTE Energy Company, Local 223, David William Hazel, M.D., Henry Ford Health System, and Sedgwick Claims Management Services, Inc. intentionally combined, federated, and conspired with one another for the unlawful purpose of stripping Plaintiff of his employment, his contractual bargaining unit protections, and his state-mandated workers' compensation benefits.

48. In furtherance of this unlawful conspiracy, the Defendants knowingly executed the following concerted, overt acts:

1. **A.** Defendant David William Hazel, M.D., acting within the scope of his dual placement with Henry Ford Health and DTE Energy, manufactured and backdated fraudulent medical records to provide a pretextual medical justification for DTE to terminate Plaintiff's pay;

2. **B.** Defendant DTE Energy Company utilized these fabricated records and generated a fraudulent, unexecuted Form WC-107 to strip Plaintiff of his workers' compensation claim and force him onto short-term disability;

3. **C.** Defendant Sedgwick Claims Management Services, Inc. actively joined and furthered the fraudulent scheme on August 23, 2026, by intentionally issuing a legally defective, unsigned Form WC-107 containing no state case file number and a completely falsified injury description to effectively sever Plaintiff's workers' compensation claim record track; and

4. **D.** Defendant Local 223 and its legal counsel actively facilitated the scheme by withholding exculpatory evidence, refusing to cross-examine DTE witnesses, and knowingly allowing Dr. Hazel's fabricated documentation to be entered as valid evidence during the arbitration hearing.

49. The intentional, coordinated actions of the Defendants constitute a profound fraud upon the arbitral tribunal and directly align with the deceptive frameworks prohibited under federal healthcare fraud statutes, specifically **18 U.S.C. § 1035.**

50. Plaintiff realleges and incorporates by reference each and every allegation contained in the preceding paragraphs as though fully set forth herein.

51. Under Michigan common law, a civil conspiracy is a combination of two or more persons, by some concerted action, to accomplish a criminal or unlawful purpose, or to accomplish a purpose not in itself criminal or unlawful by criminal or unlawful means.

52. Beginning on or about November 6, 2023, and continuing through the final arbitration hearing conducted on May 15, 2026, Defendants **DTE Energy** (by and through its supervisors, case managers, and legal counsel Patricia M. Leonard), Dr. David William Hazel (acting as an agent of Henry Ford Health System), and Local 223 engaged in a concerted, intentional, and unlawful combination to manufacture a fraudulent administrative pretext to strip Plaintiff of his employment, collective bargaining protections, and statutory workers' compensation benefits.

53. Specifically, the Defendants actively participated in the following overt acts in furtherance of this fraudulent conspiracy:

- The Medical Fabrication: Defendant Dr. David Hazel knowingly signed and finalized a corporate DTE Medical Referral Form declaring Plaintiff "Not Fit for Duty" on November 6, 2023, for an appointment that factually did not exist in the scheduling database until November 8, 2023, and an examination that did

not physically occur until November 9, 2023.

- The Corporate Execution: DTE Energy Case Management and supervisor Derrel Watts intentionally utilized this manufactured November 6 timeline to retroactively rewrite Plaintiff's absence tracking codes and trigger an immediate "stop-pay" track to defeat Plaintiff's active, protected Workers' Compensation claim.

- The Legal Cover-Up: Senior Counsel Patricia M. Leonard actively introduced and relied upon these altered, chronologically impossible medical records during the May 15, 2026, arbitration proceeding, a matter currently under active regulatory investigation by the Michigan Attorney Grievance Commission (AGC File No. 26-2099).

- The Union's Collusive Silence: Defendant Local 223's representatives, despite having direct knowledge of the document fabrication and holding electronic metadata proving the timeline was falsified, colluded with the employer by deliberately refusing to object to, cross-examine, or challenge the fraudulent November 6th record during the final grievance chain.

54.The underlying purpose of this joint conspiracy was completely unlawful: namely, to insulate DTE Energy from a catastrophic statutory workers' compensation claim arising out of Plaintiff's severe, documented T8-T9 thoracic spinal fracture, and to deprive Plaintiff of his federal constitutional and statutory rights to fair representation under Section 301 of the LMRA.

55. As a direct and proximate result of the Defendants' concerted, fraudulent, and collusive actions, Plaintiff has suffered extreme economic damages, including complete loss of employment income, total termination of healthcare benefits, medical debt, severe emotional distress, and the corruption of his contract grievance remedies.

56. Plaintiff's claims are fully timely under the federal Discovery Rule and the doctrine of Equitable Tolling. While the underlying document manipulation occurred in November 2023, the Defendants actively concealed the true nature of their administrative fraud behind closed doors.

57. Plaintiff factually discovered the hidden record manipulation and insurance data fraud on August 13, 2026 (via Sedgwick disclosures) and October 16, 2026 (via

American Zurich Insurance files).

58. This newly discovered evidence of a coordinated administrative conspiracy completely refreshes the statutory filing clocks for Plaintiff's Hybrid Section 301, Americans with Disabilities Act (ADA), and Whistleblower claims, as Plaintiff initiated legal action immediately upon the unmasking of the fraud.

59. DTE Energy and its claims administrator, Sedgwick, subsequently issued Form WC-104 (Notice of Dispute) to cut off statutory disability benefits arising out of Plaintiff's documented T8-T9 thoracic spinal fracture, directly tying the fabricated medical timeline to an act of illegal workers' compensation retaliation.

## V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff Richard S. Jackson respectfully requests that this Honorable Court enter judgment in his favor and against Defendants, and grant the following relief:

- **A. VACATE**, set aside, and render null and void the biased and tainted arbitration award dated May 15, 2026, as it was procured by employer fraud, worker perjury, and the Union's breach of the Duty of Fair Representation;

- **B. ORDER** Defendant DTE Energy Company to immediately reinstate Plaintiff to his former position or an equivalent position, with his full seniority rights, service credits, and all employment benefits fully restored;

- **C. AWARD** Plaintiff full back pay, front pay, and lost wages from December 13, 2023, to the date of judgment, including matching 401(k) contributions, bonuses, and overtime pay;

- **D. ORDER** Defendant DTE Energy Company and Defendant Sedgwick to immediately cease their unlawful interference with Plaintiff's workers' compensation claim and reinstate his state-mandated benefits and ongoing medical care coverage for the severe thoracic spinal fracture

suffered on April 23, 2022;

- **E. AWARD** Plaintiff actual, compensatory, and punitive damages in an amount to be determined at trial for the emotional distress, financial devastation, and corporate fraud intentionally inflicted upon him;

- **F. AWARD** Plaintiff reasonable costs, filing fees, and court-awarded attorney's fees against Defendants pursuant to statutory fee-shifting provisions; and

- **G. GRANT** Plaintiff for such other, further, and different relief as this Court deems just, equitable, and proper.

## JURY DEMAND

Plaintiff Richard S. Jackson hereby demands a trial by jury on all issues and counts so triable in this action.
Dated: November 05, 2026Respectfully submitted,


- **Richard S. Jackson, Plaintiff Pro Se**
  9961 Rolan Meadows Drive
  Belleville, MI 48111
  (734) 709-4196
  BeamyBeatle@outlook.com


Respectfully submitted,

Dated: NOV 10-9 _________, 2026
Signature: Richard S. Jackson

## VI. INDEX OF EXHIBITS

Pursuant to the Federal Rules of Civil Procedure, Plaintiff pro se respectfully submits the following documentary evidence in support of the Complaint:

**EXHIBIT A** – Workers' Compensation Foundation & Protected Activity
**Exhibit A-1:** Sedgwick Claim Approval Letter (April 2022).

**Exhibit A-2:** Michigan Form WC-701 (Notice of Compensation Payments) documenting thoracic spinal fracture (T8-T9).

**EXHIBIT B** – The Chronological Impossibility & Fabrication Records

**Exhibit B-1:** DTE Medical Referral Form signed and dated by Dr. David Hazel on November 6, 2023, declaring Plaintiff "Not Fit for Duty."

**Exhibit B-2:** Henry Ford Health System Electronic Scheduling Log proving the appointment was created on November 8, 2023, at 9:59 AM.

**Exhibit B-3:** Dr. Hazel's Electronic Progress Notes and system audit line showing record printing on November 9, 2023, at 3:23 PM.

**Exhibit B-4:** Text messages from Case Management confirming scheduling coordination on the morning of November 8, 2023.

**Exhibit B-5:** Kasi Gurczynski emailing Dr. Hazel Nov6/9 evaluation of plaintiff on a personal email jack_theking@yahoo.com unencrypted violating Henry Ford CONFIDENTIALITY NOTICE

**EXHIBIT C** – Corporate Disqualification & Statutory Notice

**Exhibit C-1:** DTE / Bureau of Workers' Compensation Form WC-104 (Notice of Dispute).

**Exhibit C-2:** DTE Reasonable Suspicion/Fitness for Duty Observation Checklist unsigned by Supervisor Derrel Watts (Dated November 7, 2023).

**Exhibit C-3:** Ignored written Bullard-Plawecki Personnel File Request.

**EXHIBIT D** – Active State & Federal Regulatory Investigations

**Exhibit D-1:** Michigan Department of Licensing and Regulatory Affairs (LARA) Confidential Investigation Confirmation.

**Exhibit D-2:** Michigan Attorney Grievance Commission (AGC) Active Investigation Notice.

**Exhibit D-2:** Michigan Attorney Grievance Commission (AGC) Active Investigation Notice.

# EXHIBIT

# A

EXHIBIT A-1

DTE Medical Referral
STRICTLY CONFIDENTIAL

MEDICAL SERVICES AVAILABLE 24/7
(313) 566-4480

**SUPERVISOR PRE-SPECS**
- Call Medical Services BEFORE going to clinic; unless an emergency. Follow Medical Services recommendations.
- Bring this two-sided form to the attention of the treating clinical staff.
- Employee or Supervisor to contact Medical Services AFTER treatment completed, but BEFORE leaving the clinic.
- Send completed MD1 to Medical Services via email to MD1_ACCOUNT@dteenergy.com

**SUPERVISOR TO COMPLETE**

Employee Name: Richard Jackson Employee ID: e62651
Employee Work Location: WSC Job Title: 
Employee Best Contact Phone Number: [redacted]
Type of Exam:
- ☑ Reported Initial Visit Job Related Injury/Illness
- ☐ Return to Work Exam
- ☐ Fitness for Duty
- ☐ Medical Surveillance Exam
- ☐ Other: (Please be specific)
- ☐ Follow Up Visit (Initial DOI: )
- ☐ Pre-Employment Physical Exam
- ☐ Drug and/or Alcohol Testing

Supervisor Name: Lanell Williams Signature: Lanell Williams
Supervisor Best Contact Phone Number: 313 980-3601 Date: 4-26-22

**MEDICAL DEPARTMENT USE ONLY**

For injury classification, mark (☒) all that apply

**First Aid Treatment:**
- ☐ Using nonprescription medications at nonprescription strength
- ☐ Administering immunizations (e.g. Tetanus, Diphtheria, Hepatitis B vaccine)
- ☐ Cleaning, flushing, or soaking wounds on the surface of the skin
- ☐ Using wound coverings (e.g. bandages, Band-Aids, gauze pads, butterfly bandages, Steri Strips)
- ☐ Using hot or cold therapy
- ☐ Using any non-rigid means of support (e.g. elastic bandages wraps, non-rigid back belts)
- ☐ Using temporary immobilization devices while transporting an accident victim (e.g. splints, slings, neck collars, back boards)
- ☐ Drilling of a finger or toe nail to relieve pressure, or draining fluid from blister
- ☐ Using eye patches
- ☐ Removing foreign bodies from the eye using only irrigation or cotton swab
- ☐ Providing personal protective equipment (e.g. finger guard)
- ☐ Given home exercise program/stretching exercises

**Medical Treatment:**
- ☐ Using prescription medications or other non-prescription drugs at prescription strength
- ☐ Using wound-closing devices (e.g. surgical glue, sutures, staples)
- ☐ Using devices with rigid stays or other systems designed to immobilize parts of the body
- ☐ Physical therapy or a specialist referral

Name of Specialist/Facility

Address

Appointment Date:

Appointment Time:

**Specialist referrals must be preauthorized by Sedgwick: (800) 533-9366**

**Restrictions:**
- ☐ NONE – No Restrictions
- ☒ Employee/Patient cannot perform routine functions of his/her job or work the full workday that he/she would otherwise have been scheduled to work

***Note: Routine functions are those work activities the employee regularly performs at least once a week.***
- ☐ Permanent Restriction
- ☐ Temporary Restriction through:

Date:
- ☐ Balance-of-Shift Restriction (Follow-up required next day)

DOCUMENT SPECIFIC RESTRICTIONS

No work

**Employee Disposition:**
- ☐ Regular Duty
  - ☐ Employee released to Regular Duty would benefit from Functional Rest to prevent a more serious injury from occurring (If checked, follow up appointment required)
- ☐ Home for Balance-of-Shift (Follow up required next day)

**Follow-Up:**
Date: Time:
- ☐ Onsite DTE Clinician Office Location:
- ☐ Offsite Clinic/Office (Name and Address:)
- ☐ None – Released from care

**Immediate Referral to:**
- ☐ ER/Urgent Care
- ☒ Orthopedics stat
- ☐ Ophthalmology
- ☐ Other:

Expected Date of Maximum Medical Improvement: Additional Comments:

Medical Representative: [signature], MD (signature) Date: 4/26/22 Time:

*SEND THE COMPLETED MD1 FORM via EMAIL*
MD1_ACCOUNT@dteenergy.com
ALSO PROVIDE A COPY TO THE EMPLOYEES SUPERVISOR

***PLEASE SEND BILLING FOR OCCUPATIONAL INJURY/ILLNESS ONLY TO:***
*Sedgwick P.O. Box 14459 Lexington, KY 40512*
*(315) 426-4869 or Fax (855) 223-9836*
*Claim #:*

EXHIBIT A-1

## AUTHORIZATION FOR RELEASE AND USE OF MEDICAL INFORMATION

I authorize each of the parties identified below to use and disclose any and all of my individually identifiable medical or health information, as described below, for purposes of administering my claim. I understand that the information about me that I authorize to be used or disclosed may be re-disclosed in accordance with the terms of this Authorization by the recipient thereof and may no longer be protected by federal or state privacy laws or regulations.

I specifically authorize physicians, nurses and hospitals to communicate my individually identifiable medical or health information by any means, including written or telephonic communications or by direct interview, whether or not I am present during, or notified of, such communications, and I hereby authorize Sedgwick Claims Management Services, Inc. ("Sedgwick") to initiate and conduct such communications whether or not I am present or have received notice thereof.

1. **What Information is covered by this Authorization?** This authorization applies to all medical, health, psychological, and/or psychiatric information, records and reports, including information regarding pre-existing health or medical conditions or illnesses (a) that are in existence while this authorization is valid (see Item 3) and (b) that are related to any of the following: my workers' compensation claim; my claim for disability benefits; my claim for bodily injury; my claim for personal injury; or my claim for dental benefits.

   My claim involves the following condition: ____________________

   My information to be disclosed may include, but is not limited to, medical or health history, chart notes, prescriptions, diagnostic test results, x-ray reports, and records received from other health care providers. If directly related to my claimed condition or illness, this information may include the following, **Please check yes or no and initial**:

| | | | |
|---|---|---|---|
| HIV test results, HIV or AIDS information. | YES ☐ | NO ☒ | Initial here RSJ |
| Psychiatric information. | YES ☐ | NO ☒ | Initial here RSJ |
| Information related to drug or alcohol abuse. | YES ☐ | NO ☒ | Initial here RSJ |

   The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

2. **Who may disclose and receive Information under this Authorization?**

   A. Any person or facility that attends, treats, or examines me is to make this information available to Sedgwick or any of its agents, representatives or independent contractors, including, but not limited to ABI and Compex.

   B. When relevant to my claim, Sedgwick may re-disclose (without my further authorization) any and all of my individually identifiable medical or health information (whether obtained pursuant to this authorization or otherwise from any person or entity) to any of the following, (a) Any person or facility that attends, treats or examines me; (b) Any person or facility that impacts determination of my claim or that coordinates my benefits; (c) My employer and its affiliates and their representatives, independent contractors and service providers that may receive any such information from my employer to the extent permitted by state or federal law; or (d) The Social Security Administration or a social security or vocational rehabilitation vendor. Sedgwick may use my information obtained pursuant to this authorization in any other claim matter that Sedgwick may administer or handle related to me.

3. **How Long this Authorization is Valid?** This authorization is valid during the duration of my claim(s) and any future related claims, unless a different period is required under applicable federal or state law.

4. **Revocation of this Authorization.** Unless otherwise provided by federal or state law, I understand that I may revoke this authorization at any time by notifying, in writing, Sedgwick at Po Box 14459 Lexington, KY 40512-4459 of my revocation and that my revocation shall be effective upon Sedgwick' receipt of my notice of revocation. I also understand that my revocation of this Authorization will not have any effect on any actions taken by Sedgwick before its receives my revocation.

5. **Processing of Claims.** I understand that this Authorization is generally necessary for the processing of my claim. Failure to sign this Authorization may impair or impede the processing of my claim.



*C057124l2.665-7403*

EXHIBIT A-1

6. **Refusal To Sign**. I further understand my health care providers will not condition my treatment, payment, enrollment or eligibility on my refusal to sign this Authorization.

I understand that I have the right to request and receive a copy of this authorization. I understand that I have the right to inspect the disclosed information at any time. A photocopy of this authorization shall be valid and is to be accepted with the same effect as the original.

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice at www.sedgwick.com.

Richard Jackson

Signature of Patient or Patient's Representative

29 April 22

Date Signed

RICHARD JACKSON

Printed Name of Patient or Patient's Representative

***-**-6884

Patient's Social Security Number

Representative's Relationship to Patient, if applicable

First Day Absent

[redacted]

Patient's Address

[redacted]

09/27/[redacted]

Date of Birth

CLAIM NUMBER 4A2204RB64K-0001

Sedgwick manages claims on behalf of DTE Energy.

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.



©Sedgwick Claims Management Services, Inc.



*C0571241 2-665-7403*

# EXHIBIT A-2

Richard S. Jackson
[redacted]

METROPLEX MI 480
13 AUG 2026PM 15 L

FIRST-CLASS

US POSTAGE IMI PITNEY BOWES
ZIP 48034 $ 000.78
02 7H
0006236824 AUG 13 2026

DTE
P.O. Box 14459
Lexington, KY 40512-4459

48111-810361

EXHIBIT
A-Z

Sedgwick
Po Box 14459
Lexington, KY 40512-4459

sedgwick.

August 29, 2022

Michigan Department of Licensing
& Regulatory Affairs
Workers' Compensation Agency
PO Box 30016
Lansing, MI 48909

| | | |
|---|---|---|
| **RE:** | **EMPLOYEE:** | **Richard S. Jackson** |
| | **EMPLOYER:** | **DTE Energy** |
| | **DATE OF INJURY:** | **04/23/2022** |
| | **CLAIM NO:** | **4A2204RB64K-0001** |

To Whom It May Concern:

Please see the attached document(s) for the above referenced claimant.

Sincerely,
Robin Herr
Claims Examiner
Direct Phone: (315)426-4869
Toll Free: (800)533-9366
Fax: (855)231-4378
Sedgwick manages claims on behalf of DTE Energy.

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

CC:
Richard S. Jackson

*C0571241 2.665-7403*

EXHIBIT A-2

OCR 701

# NOTICE OF COMPENSATION PAYMENTS

Michigan Department of Labor and Economic Opportunity
Workers' Disability Compensation Agency
P.O. Box 30016, Lansing, MI 48909

FILING # 1

## PART A

| | | | | |
|---|---|---|---|---|
| 1. Social Security Number: [redacted] | 2. Date of Injury: 04/23/2022 | 3. Employee Name (Last, First, MI): Jackson, Richard S. | 4. Date of Birth: 09/27[redacted] | 5. Date of Death: |
| 6. Employee Street Address: 9961 Rolen Meadows Dr. | | 7. City: Van Buren Twp | 8. State: MI | 9. ZIP Code: 48111 |
| 10. Employer Name: DTE Energy | | | 11. Federal ID Number: 383217752 | 12. Injury Location Code: N/A |
| 13. Employer Street Address: One Energy Plaza | | 14. City: Detroit | 15. State: MI | 16. ZIP Code: 48226 |
| 17. Carrier or Self-Insured Name: DTE Energy | | | 18. NAIC or Self-Insured Number: | |
| 19. Self-Insurer's Service Company Name: Sedgwick Claims Management Services, Inc | | | 20. Service Company ID Number: A90 | |
| 21. ZIP Code of Issuing Office: 48843 | 22. Carrier or Self-Insured Claim Number: 4A2204RB64K-0001 | 23. Date Carrier Received Notice of Injury: 04/24/2022 | 24. Date First Payment Made: 08/17/2022 | |

## PART B

| | | | |
|---|---|---|---|
| 25. Nature of Injury: Multiple Physical Injury Only | | 26. Part of Body: Multiple Body Parts | |
| 27. Average Weekly Wage: $ 3,330.34 | 28. Discontinued Fringes: $ | 29. Second Employer A.W.W.: $ | 30. Second Employer Discontinued Fringes: $ |
| 31. Tax Filing Status on Date of Injury: C | 32. Last Day Worked: 04/23/2022 | 33. Number of Days in Work Week: 7 | 34. Number of Dependents: 2 |

## PART C

| | |
|---|---|
| 35. Reason for Filing: D | 36. Weekly Compensation Base Rate: $ 950.00 |

37. Weekly Adjustments to Base Rate

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ____ | $ ____ | X | $ ____ | X | $ X | X | $ X |
| X | $ X | X | $ X | X | $ X | X | $ ____ |

38. Weekly Amount Being Reimbursed by a Fund (Not reported on Line 37)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ____ | $ X | ____ | $ X | X | $ X | X | $ X |

## PART D

| BASIS OF PAYMENT | BENEFIT TYPE | SPECIAL PAYMENT | TOTAL WEEKLY RATE | FROM | THROUGH | TOTAL AMOUNT PAID | YEAR PAID | TERMINATION REASON |
|---|---|---|---|---|---|---|---|---|
| A | B | | | 06/20/2022 | 07/03/2022 | 1279.30 | 2022 | A |
| | | | | X | X | | X | X |

IF BASIS OF PAYMENT IS OTHER THAN "A" (VOLUNTARY PAYMENT) OR LINE 37 IS EQUAL TO "J" OR "K," ENTER ORDER # ____________

IF BENEFIT TYPE IS "C" (SPECIFIC LOSS), ENTER NUMBER OF WEEKS ________ AND EFFECTIVE DATE OF LOSS ____________

IF ANY FILING CODES ON THIS FORM REPRESENT "OTHER," PLEASE BE SPECIFIC ____________

***Making a false or fraudulent statement for the purpose of obtaining or denying benefits can result in criminal or civil prosecution, or both, and denial of benefits.***

THIS IS TO CERTIFY THAT A COPY OF THIS FORM HAS BEEN MAILED OR GIVEN TO THE EMPLOYEE

| 39. Authorized signature | 40. Person Handling Claim (Please Print) | 41. Telephone Number | 42. Date |
|---|---|---|---|
| | Robin Herr | (315)426-4869 | 08/29/2022 |

**NOTICE TO EMPLOYEE:** IF ANY OF THE ABOVE INFORMATION IS INCORRECT, PLEASE CONTACT THE INDIVIDUAL NAMED IN LINE 40.

WC-701 (Rev. 8/19) Front

-29-2022 4A2204RB64K0001 7020220829048553

EXHIBIT A-2

OCR 701

## PART E – COORDINATION OF BENEFITS

| | PENSION | WAGE CONTINUATION | DISABILITY INSURANCE | SELF INSURANCE | OTHER |
|---|---|---|---|---|---|
| A. WEEKLY BENEFIT AMOUNT | | X | X | X | X |
| B. 80% AFTER-TAX AMOUNT OF (A) | X | X | X | X | X |
| | x 1.25 | x 1.25 | x 1.25 | x 1.25 | x 1.25 |
| C. 100% AFTER-TAX AMOUNT | X | X | X | X | X |
| D. FICA TAX[1] | X | X | X | X | X |
| E. STATE INCOME TAX[1] | X | X | X | X | X |
| F. % EMPLOYER CONTRIBUTION | X | X | X | X | X |
| G. INCOME TO BE COORDINATED[2] | X | X | X | X | X |

[1] Does not apply in all cases. If applicable, include the value of FICA and state income tax using the figures provided in the back of the agency's rate tables corresponding to the year of injury.

[2] Line G = (Line C + D + E) x Line F. (This figure should appear in Part C, Line 37, with the appropriate adjustment code)

SOCIAL SECURITY This section applies to **old age retirement** benefits only. (Enter net benefit with code "B" in Part C, Line 37)

| | |
|---|---|
| A. MONTHLY SOCIAL SECURITY OLD AGE RETIREMENT AMOUNT | X |
| B. WEEKLY SOCIAL SECURITY OLD AGE RETIREMENT AMOUNT (Line A divided by 4.33) | X |
| C. 50% OF LINE B | X |
| D. 50% OF THE WEEKLY BENEFIT RATE PAYABLE | X |
| E. IS DATE OF INJURY ON OR AFTER 12/19/11? | [X] YES [X] NO |
| IF NO – COORDINATE AMOUNT IN LINE C | X |
| IF YES – WERE SOCIAL SECURITY OLD AGE RETIREMENT BENEFITS BEING PAID ON THE DATE OF INJURY? | [X] YES [X] NO |
| IF NO – COORDINATE AMOUNT IN LINE C | X |
| IF YES – COORDINATE THE LOWEST AMOUNT FOUND IN LINE C OR D | X |

UNEMPLOYMENT COMPENSATION

| | |
|---|---|
| A. NUMBER OF WEEKS AWARDED | X |
| B. BEGINNING DATE OF UNEMPLOYMENT COMPENSATION | X |
| C. SCHEDULED EXPIRATION DATE | X |
| D. TOTAL WEEKLY UNEMPLOYMENT COMPENSATION BENEFITS (Enter with code "D" in Part C, Line 37) | X |

## PART F – RATE ADJUSTMENT FOR POST INJURY WAGE EARNING CAPACITY (PIWEC)[3]

(MCL 418.301(8) & 401(6))

| | |
|---|---|
| A. AVERAGE WEEKLY WAGE | X |
| B. 80% AFTER-TAX AMOUNT OF LINE A (See calc program or rate charts) | X |
| C. 100% AFTER-TAX AMOUNT (Line B multiplied by 1.25) | X |
| D. GROSS WEEKLY POST INJURY WAGE EARNING CAPACITY (PIWEC) AMOUNT | X |
| E. DIFFERENCE BETWEEN 100% AFTER-TAX AMOUNT AND PIWEC (Line C minus Line D)<br>If the calculation in line E is less than or equal to $0, report base rate as adjustment amount in G. | X |
| F. 80% of Line E (Line E multiplied by .8)[3] | X |
| G. AMOUNT OF ADJUSTMENT FOR PIWEC (Base rate from front, Line 36, minus Line F)<br>This figure should appear on front, Part C, Line 37, with appropriate adjustment code R.<br>If the adjustment calculation shows an amount that is less than or equal to $0, no adjustment can be applied. | X |

[3] For injury dates on or after 12/19/11, the weekly benefit rate payable is 80% of the difference between the injured employee's after-tax average weekly wage before the personal injury and the employee's wage earning capacity after the personal injury but not more than the maximum weekly rate determined under section 355.

| | |
|---|---|
| LEO is an equal opportunity employer/program. Auxiliary aids, services and other reasonable accommodations are available upon request to individuals with disabilities. | Authority: Workers' Disability Compensation Act, R408.31(6a-d)<br>Completion: Mandatory<br>Penalty: Workers' Disability Compensation Act, 418.631; 418.801 |

EXHIBIT A-2

Print Date: 8/8/2022
Print Time: 11:56:13

Page: 1

# Workers' Compensation Agency
## Verification of Monetary Information
## Partial Benefit Rates
All Records

File Name:

Last Update: 08/08/2022, 11:54:44 am

**Prior to Injury**

Year of Injury: 2022
Gross Weekly Wage: $3,330.34
Discontinued Fringes: $0.00
Nbr of Dependents: 2
Tax Class: SINGLE

80 Percent Rate $1,576.11 (including fringes)

**After Injury**

| Begin Date | End Date | Year Paid | Wage Before | Number of Dependents | 80% Before | Wages Earned | 80% After | Partial Rate |
|---|---|---|---|---|---|---|---|---|
| 06/20/2022 | 06/26/2022 | 2022 | $3,330.34 | 2 | $1,576.11 | $1,671.41 | $936.46 | $639.65 |
| 06/27/2022 | 07/03/2022 | 2022 | $3,330.34 | 2 | $1,576.11 | $1,671.41 | $936.46 | $639.65 |
| Grand Totals : | | | | | | | | $1,279.30 |

Number of Weeks : 2

CASE ID 2055910

479

SSN [redacted]

10-16-2026

ZURICH®

Richard S Jackson
[redacted]

Zurich American Insurance Co.

WC NORTH CENTRAL
PO BOX 968070
SCHAUMBURG, IL
60196-8070

Telephone: (847) 240-8000
Fax: (847) 240-8172
http://www.zurichna.com

RE: Named Insured: DTE Energy Company
Claim Number: 2240488656
Policy Number: WC-00-4957545
Date of Loss: 04-23-2022
Loss Location: , Unknown, MI,

Dear Richard S Jackson :

Please accept this letter as an initial acknowledgment of your claim with the date of loss identified above.

It is very important we maintain an open line of communication throughout your claim. Especially during the initial assessment and evaluation. You may contact me during business hours via: phone (317) 587-2895, email patricia.kellermeyer@zurichna.com, or fax (847) 240-8172. Please refer to our claim number on all forms of communication.

Throughout the claims process, I will strive to:

- Provide timely and professional attention to your claim.
- Respond to your phone and email messages within 24 business hours of receipt

Our mailing address is PO BOX 968070, SCHAUMBURG, IL, 60196-8070. Please mail all correspondence, i.e. medical bills, requests for reimbursement to the PO Box identified above. Alternatively, you can fax documents to the fax # listed above, or email documents to: usz.zurich.claims.documents@zurichna.com.

If you have any questions regarding your claim, please contact me at the number listed below. I look forward to assisting you.

Sincerely,
Zurich American Insurance Co.

Patricia Kellermeyer
SPCL
(317) 587-2895
CC / Enc

FAX: 866 331 5706

0000016800479

480

# Workers' Compensation Medical Information Guide

ZURICH®

Dear Employee:

This guide can be used as a resource for understanding your workers' compensation insurance coverage. Please refer to this guide for questions related to treatment for your work-related illness or injury or contact your assigned Zurich claim professional Patricia Kellermeyer at (317) 587-2895

**Claimant Name:**
Richard S Jackson

**Employer/Insured:**
DTE Energy Company

**Claim Number:**
2240488656

**Claimant State:**
MI

**Date of Loss:**
04-23-2022

**ATTENTION MEDICAL PROVIDERS:**

**Submit Medical Bills to:**

Zurich American Insurance Co.
P.O. BOX 968070
SCHAUMBURG, IL 60196-8070

Patient is seeking treatment for Workers' Compensation. Please call Zurich with any general questions.

(317) 587-2895

**ATTENTION EMPLOYEE:**

Modified Duty may be available, contact your employer for details. Please call Zurich with any general questions.

(317) 587-2895

**First Fill Pharmacy Information**

Optum is the pharmacy benefits manager utilized in Zurich's Workers' Compensation program. Upon acceptance of a claim, a pharmacy card may be issued to the injured worker. If a prescription is needed prior to receiving a pharmacy card, the below information may be provided to a participating pharmacy. The following participate in the Optum network

CVS
Walgreens
Osco
Walmart
Costco
Target
Sam's Club

BIN: 004261
PCN: CAL
FF Group: ZRCHFF

OPTUM®

Attention Pharmacists: Enter RxBIN, RxPCN and GROUP. Member ID # format is the date of injury and SSN combined as follows: YYMMDD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. Tmesys is the designated PBM for this patient.

For additional participating pharmacies in your area please call 1-866-599-5426 or go to www.tmesys.com

**Scheduling Services**

If the patient requires any of the following services/treatments, scheduling can be provided by calling the following:

| | | |
|---|---|---|
| **Medical Equipment, Home Health, Transportation, Translation** | Healthe Systems | 844-402-1842 |
| **Diagnostic Imaging: (MRI,CT)** | Spreemo | 800-595-7173 |
| | ADIN Healthcare | 800-674-6728 |
| | One Call Care Mgmt. | 800-872-2875 |
| **Physical Therapy:** | Align Networks | 866-389-0211 |
| | Medrisk | 877-783-6792 |

**C.a.r.e Provider Network**

The C.a.r.e. Provider Network is a customized network of medical providers who treat Workers' Compensation injuries. If you need assistance with locating a treating provider please call 866-732-5342 or visit www.talispoint.com/zurich/zurichna

This guide is intended as a general description of certain types of insurance and services available to qualified customers through the companies of Zurich North America, provided solely for information purposes. Nothing herein should be construed as a guarantee of payment or claim acceptance. The applicable workers' compensation policy is the contract that specifically and fully describes the coverage, terms and conditions.

Optum is not a subsidiary or affiliate of Zurich. Zurich expressly disclaims any and all damages and other costs that may arise related to the use of or reliance upon the products, services, representations or warranties may be or on behalf of Optum.

Version g.2015_03.03

Created on : 10-16-2026

0010016800480

# EXHIBIT

# B

EXHIBIT B-1

# DTE Medical Referral

STRICTLY CONFIDENTIAL

| MEDICAL SERVICES AVAILABLE 24/7 (313) 566-4480 | **SUPERVISOR PRE-SPECS**<br>• Call Medical Services BEFORE going to clinic; unless an emergency. Follow Medical Services recommendations.<br>• Bring this two-sided form to the attention of the treating clinical staff.<br>• Employee or Supervisor to contact Medical Services AFTER treatment completed, but BEFORE leaving the clinic.<br>• Send completed MD1 to Medical Services via email to MD1_ACCOUNT@dteenergy.com |
|---|---|

## SUPERVISOR TO COMPLETE

Employee Name: Richard Jackson
Employee ID: [redacted]
Employee Work Location: ______
Job Title: Senior Service Rep
Employee Best Contact Phone Number: ______

Type of Exam:
- ☐ Reported Initial Visit Job Related Injury/Illness
- ☐ Follow Up Visit (Initial DOI:______)
- ☐ Return to Work Exam
- ☐ Pre-Employment Physical Exam
- ☒ Fitness for Duty
- ☐ Drug and/or Alcohol Testing
- ☐ Medical Surveillance Exam
- ☐ Other: (Please be specific) ______

Supervisor Name: Derrel Watts
Signature: ______
Supervisor Best Contact Phone Number: 313 244-1515
Date: 11-9-23

## MEDICAL DEPARTMENT USE ONLY

For injury classification, mark (☒) all that apply

| First Aid Treatment: | Medical Treatment: | Restrictions: |
|---|---|---|
| ☐ Using nonprescription medications at nonprescription strength<br>☐ Administering immunizations (e.g. Tetanus, Diphtheria, Hepatitis B vaccine)<br>☐ Cleaning, flushing, or soaking wounds on the surface of the skin<br>☐ Using wound coverings (e.g. bandages, Band-Aids, gauze pads, butterfly bandages, Steri Strips)<br>☐ Using hot or cold therapy<br>☐ Using any non-rigid means of support (e.g. elastic bandages wraps, non-rigid back belts)<br>☐ Using temporary immobilization devices while transporting an accident victim (e.g. splints, slings, neck collars, back boards)<br>☐ Drilling of a finger or toe nail to relieve pressure, or draining fluid from blister<br>☐ Using eye patches<br>☐ Removing foreign bodies from the eye using only irrigation or cotton swab<br>☐ Providing personal protective equipment (e.g. finger guard)<br>☐ Given home exercise program/stretching exercises | ☐ Using prescription medications or other non-prescription drugs at prescription strength<br>☐ Using wound-closing devices (e.g. surgical glue, sutures, staples)<br>☐ Using devices with rigid stays or other systems designed to immobilize parts of the body<br>☐ Physical therapy or a specialist referral<br>Name of Specialist/Facility ______<br>Address ______<br>Appointment Date: ______<br>Appointment Time: ______<br>**Specialist referrals must be preauthorized by Sedgwick: (800) 533-9366** | ☐ NONE – No Restrictions<br>☐ Employee/Patient cannot perform routine functions of his/her job or work the full workday that he/she would otherwise have been scheduled to work<br>***Note: Routine functions are those work activities the employee regularly performs at least once a week.***<br>☐ Permanent Restriction<br>☐ Temporary Restriction through:<br>Date: ______<br>☐ Balance-of-Shift Restriction (Follow-up required next day)<br>**DOCUMENT SPECIFIC RESTRICTIONS**<br>______<br>______<br>______ |

**Employee Disposition:** Not FFD
- ☐ Regular Duty
  - ☐ Employee released to Regular Duty would benefit from **Functional Rest** to prevent a more serious injury from occurring (If checked, follow up appointment required)
- ☐ Home for Balance-of-Shift (Follow up required next day)

**Follow-Up:**
Date:______ Time:______
- ☐ Onsite DTE Clinician Office
  Location: ______
- ☐ Offsite Clinic/Office (Name and Address:) ______
- ☐ None – Released from care

**Immediate Referral to:**
- ☐ ER/Urgent Care
- ☐ Orthopedics
- ☐ Ophthalmology
- ☐ Other:______

Expected Date of Maximum Medical Improvement:______ Additional Comments:______

**Medical Representative** [signature] MD (signature) Date: 11-6-23 Time:______

| ***SEND THE COMPLETED MD1 FORM via EMAIL***<br>MD1_ACCOUNT@dteenergy.com<br>ALSO PROVIDE A COPY TO THE EMPLOYEES SUPERVISOR | ***PLEASE SEND BILLING FOR OCCUPATIONAL INJURY/ILLNESS ONLY TO:***<br>*Sedgwick P.O. Box 14459 Lexington, KY 40512*<br>*(315) 426-4869 or Fax (855) 223-9836*<br>*Claim #:* ______ |
|---|---|

EXHIBIT B-2

## ppointment Information

| | | | |
|---|---|---|---|
| ame: | Jackson, Richard | MRN: | [redacted] |
| ef. Name: | Richard Jackson | | |
| ate: | 11/9/2023 | Status: | Comp |
| me: | 2:15 PM | Length: | 15 |
| sit Type: | SHORT EXAM [40044] | Copay: | $0.00 |
| ovider: | Hazel, David W, MD | Department: | DTE ENERGY OCCUP HEALTH |
| eferring Provider: | REFERRAL, SELF | Address: | 2000 SECOND AVE<br>FLR 6<br>DETROIT MI 48226-1203 |
| nc Form #: | 57826039 | | |
| otes: | Fit for duty | CSN: | 10764291980 |
| rrival Time: | 1:40 PM | | |
| escheduled From: | | Rescheduled To: | |
| lade On: | 11/8/2023 9:59 AM | By: | SAILES, TONYA |
| hecked In: | 11/9/2023 1:40 PM | By: | BURTON, DALE R. |
| emove Arr.: | 11/9/2023 3:16 PM | By: | HAZEL, DAVID |
| OD Status: | 11/13/2023 12:11 AM | By: | BATCH USER, HF CADENCE |

## ppointment Notification Information

| Person Notified | Reason Notified | Time Notified |
|---|---|---|
| JACKSON,RICHARD | Scheduled | 11/8/2023 9:59 AM |

## Patient Demographics for JACKSON, RICHARD "RICHARD JACKSON" [redacted]

| | | | |
|---|---|---|---|
| DOB: | 9/27/[redacted] | SSN: | xxx-xx-6884 |
| Age: | 52 yrs | Sex: | Male |
| Home Phone: | [redacted] | Work Phone: | 313-897-1150 |
| Address: | [redacted] | E-Mail: | [redacted] |
| City/State/Zip | [redacted] | | |
| Perm Comments: | | | |

## Patient-Entered Questionnaire Information

Patient has no questionnaires assigned

## Visit Due

| | | | |
|---|---|---|---|
| Copay due: | 0.00 | Copay paid: | 0.00 |
| Prepay due: | 0.00 | Prepay paid: | 0.00 |
| Comment: | | | |

I Never made this Appt.

EXHIBIT B-2

You have a new message in Henry Ford Health MyChart [***messageID:114243799***]

From: donotreply@mychart.hfhs.org

To: jack_theking@yahoo.com

Date: Wednesday, November 8, 2023 at 12:52 PM EST

HENRY FORD HEALTH
MyChart

New Message From Henry Ford and Affiliates

Hello Richard Jackson,

You have a new message in MyChart!
Please log in to read your message. Click here to Sign In to MyChart.

Thank you for using MyChart,
Henry Ford Health and Affiliates

Henry Ford MyChart Login

EXHIBIT B-3

HFMC DTE Energy Occup Health
2000 SECOND AVE
FLR 6
DETROIT MI 48226-1203

Jackson, Richard
MRN: [redacted] DOB: 9/27[redacted] Sex: M
Visit date: 11/9/2023

**Progress Notes by Hazel, David W, MD at 11/09/23 1415**

Author: Hazel, David W, MD
Filed: 11/09/23 1517
Editor: Hazel, David W, MD (Physician)
Service: —
Encounter Date: 11/9/2023
Author Type: Physician
Status: Signed

This 51-year-old male is here for a fitness for duty examination. When asked why he thought he was here, he states thatIt was because he expressed his opinion over an e-mail through in company media which was critical of management. He states he has had a long running conflict with management regarding workplace policies for several years and admits he is a frequent complainer. He states he used a "word he should not have used" in his emails which triggered the response to require he obtain a fitness for duty examination.

He denies being on any current medications, denies cigarette smoking, states he does use alcohol. When asked if he would describe himself as a "drinking man " , he stated "yes".

He denies use of drugs that are not prescribed as well as drugs that would be prescribed. He has been advised in the past use antihypertensive medication, but he has declined.

He states that he understands that his choice of words and could have been better in his e-mail, but denies any regrets regarding the intent of his communications.

Upon visual examination, he shows signs and symptoms of alcohol withdrawal including perioral fasciculations an elevated blood pressure and pulse. When confronted with this information, he admitted that he is undergoing withdrawal, and that he should be okay in a few days.

He was informed, by this interviewer, that his current state may also play a significant role in his impulse control as well as other behavioral issues. He stated he understood it could.

Impression: Fitness for duty exam with evidence of alcohol withdrawal as well as admitted alcohol abuse.

He is currently not fit for duty

It is recommended that he undergo an alcohol abuse treatment program prior to consideration of his return to work.. It is also suggested that he engage with counselors regarding anger issues and impulse control. He voices understanding of this directive and accepted the number for the Employee assistance program and has been advised to contact them..

Electronically signed by Hazel, David W, MD at 11/09/23 1517

Occupational Health Visit on 11/9/2023 *Note shared with patient*

who is this person?

↓

8:07 EXHIBIT B-9

Kasi

iMessage
Wed, Nov 8 at 10:25 AM

Good Morning
Your FFD evaluation has been scheduled for Thursday November 9th 2023 at the Healthzone with Dr Hazel, 2:00pm. The Healthzone is located at DTE Headquarters downtown. I will also be sending this information to you via email. Please respond back to this text to confirm.
Thank you,
Kasi Gurczynski

Okay

Thank you

Is this actually physical on some thing else

Read 11/8/23

This is a Fit for Duty evaluation, the purpose of the evaluation to determine if you are fit for return to work. Part physical and discussing incident that occurred. Thanks

EXHIBIT B-5

## RE: Richard Jackson-Fit for Duty Case

From: Kasi Gurczynski (kasi.gurczynski@dteenergy.com)

To: richard.jackson@dteenergy.com; jack_theking@yahoo.com

Date: Thursday, November 30, 2023 at 11:26 AM EST

Good Afternoon,

RE: Richard Jackson-Documentation Provided

Mr. Jackson, I spoke with Shelley Harlen from EAP and she stated you requested fit for duty documentation be sent to you via email.
Please provide this documentation for SUD evaluation and anger management treatment.

Please see attached FFD evaluation report from fit for duty evaluation with Dr. Hazel on 11/9/23.

Please feel free to contact me with any questions or concerns.

Thank you and have a great day,

**Kasi Gurczynski, BS-CM**
DTE FFD Case Manager
Health Services
252 GO – DTE Energy HQ

313-492-6844
kasi.gurczynski@dteenergy.com

CONFIDENTIALITY NOTICE: This email contains information from the sender that may be CONFIDENTIAL, LEGALLY PRIVILEGED, PROPRIETARY or otherwise protected from disclosure. This email is intended for use only by the person or entity to whom it is addressed. If you are not the intended recipient, any use, disclosure, copying, distribution, printing, or any action taken in reliance on the contents of this email, is strictly prohibited. If you received this email in error, please contact the sending party by reply email, delete the email from your computer system and shred any paper copies.

Note to Patients: There are a number of risks you should consider before using e-mail to communicate with us. See our Privacy & Security page on www.henryford.com for more detailed information as well as information concerning MyChart, our new patient portal. If you do not believe that our policy gives you the privacy and security protection you need, do not send e-mail or Internet communications to us.

Richard Jackson FFD Evaluation Report 11.9.23 Dr. Hazel Not Cleared RTW.pdf
608.8kB

She sent my personnel medical records unencrypted, and to a personnel email

# EXHIBIT

# C

EXHIBIT C-1

# LINE 24 REQUEST

" I am requesting a formal hearing/mediation due to the unlawful termination of my worker's compensation benefits, fraud by the employer, and subsequent wrongful termination by DTE. I was injured in a work-related vehicle accident in a DTE company truck in 2022. I remained under active medical restrictions. My employer has engaged in bad faith and fraudulent actions to evade liability. Specifically, a supervisor fabricated a document dated November 6, 2023, falsely characterizing it as an alcohol incident report. I was not at work on November 6, 2023, nor did I see any occupational doctor on that date. A DTE case manager additionally attempted to force me onto a Short-Term Disability claim opened in my name without my consent to shift financial liability away from workers' compensation. When I refused to participate in this fraudulent shifting of a work injury, DTE wrongfully terminated my employment February 2, 2024. Furthermore, the employer stopped my benefits without medical clearance and issued an unsigned, inaccurate Form WC-107 completely lacking a carrier file number. I request full reinstatement of wage loss benefits, back pay from December 13, 2023, ongoing medical coverage for my 2022 injuries, a full investigation into the falsified November 6 records, and a formal hearing before a magistrate."

EXHIBIT C-1

OCR 104A

# APPLICATION FOR MEDIATION OR HEARING – FORM A

Michigan Department of Labor and Economic Opportunity
Workers' Disability Compensation Agency
P.O. Box 30016, Lansing, MI 48909

Application Type
☒ Initial ☐ Penalty Only
☐ Amended ☐ Voc Rehab Only

*THIS FORM TO BE USED BY EMPLOYEES ONLY.*
A SEPARATE WC-104A MUST BE FILED FOR EACH EMPLOYER. INCOMPLETE APPLICATIONS SHALL BE RETURNED.

| | |
|---|---|
| 1. NAME OF EMPLOYEE (Last, First, MI) JACKSON Richard S | 2. SOCIAL SECURITY NUMBER [redacted] / 3. DATE OF BIRTH 9-27-[redacted] |
| 4. STREET NUMBER AND NAME [redacted] | 8. TAX FILING STATUS ☐ A. Single ☒ B. Single, Head of Household ☐ C. Married, Filing Joint ☐ D. Married, Filing Separate |
| 5. CITY [redacted] / 6. STATE MI / 7. ZIP CODE [redacted] | |
| | 9. DATE OF DEATH (If Applicable) |

| 10. NAME OF DEPENDENTS | 11. RELATIONSHIP TO EMPLOYEE | 12. BIRTH DATE |
|---|---|---|
| Sherea Jackson | wife | [redacted] |
| [redacted] | Son | [redacted] |
| [redacted] | Son | [redacted] |

| | |
|---|---|
| 13. NAME OF EMPLOYER DTE ENERGY | 19. DATES OF EMPLOYMENT FROM: 2 FEB 01 TO: 2 FEB 24 |
| 14. FEDERAL I.D. NUMBER (If Known) | 20. EARNINGS $ 44.93 HOURLY/WEEKLY |
| 15. STREET ADDRESS ONE ENERGY PLAZA DETROIT, MI 48226 | 21. CITY OF INJURY DEARBORN |
| 16. CITY DETROIT / 17. STATE MI / 18. ZIP CODE 48226 | 22. COUNTY OF INJURY WAYNE |

| 23. DATE(S) OF INJURY | DURATION OF DISABLEMENT FROM | TO | INSURANCE CARRIER (DO NOT FILL IN) |
|---|---|---|---|
| APRIL 23 2022 | APRIL 23 | CURRENT | |
| | | | |
| | | | |
| | | | |

24. DESCRIBE THE NATURE OF THE DISABILITY AND THE MANNER IN WHICH THE INJURY OR DISABLEMENT OCCURRED, AND SPECIFY THE RELIEF SOUGHT.
See cover letter

25. DID THE EMPLOYEE HAVE ANY OTHER EMPLOYMENT AT THE TIME OF THE INJURY? ☐ YES ☒ NO
IF YES, LIST NAME AND ADDRESS OF THE EMPLOYER AND GROSS WEEKLY WAGE.

HAS A CLAIM BEEN FILED WITH THIS SECOND EMPLOYER? ☐ YES ☒ NO

26. HAS THE EMPLOYEE HAD ANY EMPLOYMENT SINCE THE DATE OF INJURY? ☐ YES ☒ NO
IF YES, LIST THE NAME AND ADDRESS OF THE EMPLOYER.

27. DOES THIS APPLICATION INVOLVE A DISPUTED CLAIM FOR MEDICAL BENEFITS? ☒ YES ☐ NO
IF YES, GIVE APPROXIMATE AMOUNT.

28. DOES THIS APPLICATION INVOLVE A DISPUTED CLAIM FOR WAGE LOSS BENEFITS? ☒ YES ☐ NO
IF YES, HAS THE DISABILITY NOW ENDED? ☐ YES ☒ NO

29. HAS THE EMPLOYEE RETURNED TO WORK? IF YES, DATE OF RETURN ____/____/____ ☐ YES ☒ NO

EXHIBIT G-1

**OCR 104A**

| | | | |
|---|---|---|---|
| 30. | IS THIS A CASE IN WHICH WAGE LOSS BENEFITS WERE PAID VOLUNTARILY AND HAVE BEEN TERMINATED WITHIN THE LAST 60 DAYS? | ☐ YES | ☒ NO |
| 31. | DOES THIS INVOLVE A CLAIM FOR VOCATIONAL REHABILITATION SERVICES? | ☐ YES | ☒ NO |
| 32. | IS A CLAIM BEING MADE AGAINST ONE OF THE FUNDS? IF YES, PLEASE SPECIFY THE NAME OF THE FUND AND THE SPECIFIC PROVISION OF THE ACT. | ☐ YES | ☒ NO |

33. OTHER BENEFITS
(Please indicate which of the following benefits you are or have received based on employment with this employer during the periods of disability indicated on this application)

A. ☐ OLD AGE SOCIAL SECURITY ________ WEEKLY/MONTHLY
B. ☐ PENSION OR RETIREMENT PLAN ________ WEEKLY/MONTHLY
C. ☐ SICK AND ACCIDENT INSURANCE ________ WEEKLY/MONTHLY
D. ☐ WAGE CONTINUATION PLAN ________ WEEKLY/MONTHLY
E. ☐ UNEMPLOYMENT BENEFITS ________ WEEKLY/MONTHLY
F. ☐ DISABILITY INSURANCE POLICY ________ WEEKLY/MONTHLY
G. ☐ SELF INSURANCE PLAN ________ WEEKLY/MONTHLY
H. ☐ PROFIT SHARING PLAN ________ WEEKLY/MONTHLY

34. LIST THE NAMES AND ADDRESSES OF DOCTORS, HOSPITALS AND OTHER HEALTH CARE PROVIDERS WHO TREATED YOU FOR ANY DATE(S) OF INJURY LISTED IN #24.

| NAME | ADDRESS (Street Number and Name) | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| OAKWOOD HOSPITAL | 18101 OAKWOOD BLVD | DEARBORN | MI | 48124 |
| Kim Kezlarian MD | HFOH DTE ENERGY | DETROIT | MI | 48226 |
| VA Medical Center | 5914 North Lotz Rd. | Canton | MI | 48187 |

35. LIST THE NAMES AND ADDRESSES OF ANY WITNESSES. (Do not list names of witnesses who are currently employed by the named employer)

| NAME | ADDRESS (Street Number and Name) | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

36. I INTEND TO CALL WITNESSES WHO ARE CURRENTLY EMPLOYED BY THE NAMED EMPLOYER. ☐ Yes ☐ No

| | |
|---|---|
| ***Making a false or fraudulent statement for the purpose of obtaining or denying benefits can result in criminal or civil prosecution, or both, and denial of benefits.*** | AUTHORITY: Workers' Disability Compensation Act, 418.222; 418.847; R 408.34<br>COMPLETION: Voluntary<br>PENALTY: None |

CERTIFICATION AND SIGNATURE

I HEREBY CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE. I ALSO CERTIFY THAT I HAVE, AS OF THIS DATE, MAILED TO MY EMPLOYER OR ITS INSURANCE CARRIER COPIES OF ANY MEDICAL RECORDS RELEVANT TO THIS CLAIM THAT ARE IN MY POSSESSION.

| SIGNATURE OF APPLICANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| Richard S Jackson | (734) 709 [redacted] | 9-21 [redacted] |

ATTORNEY IDENTIFICATION

| NAME OF ATTORNEY | NAME OF LAW FIRM | ATTORNEY I.D. | |
|---|---|---|---|
| | | P. | |
| ADDRESS (Street Number and Name) | CITY | STATE | ZIP CODE |
| | | | |
| SIGNATURE OF ATTORNEY | TELEPHONE NUMBER | DATE | |
| | ( ) | | |

EXHIBIT E2

DTE Energy

# Reasonable Suspicion/Fitness for Duty Observation Checklist

STRICTLY CONFIDENTIAL

This checklist is intended to assist leaders in referring an employee for drug/alcohol testing or a fitness for duty exam. This checklist is strictly confidential and should be sent ONLY to Medical Services. Leaders are encouraged to be as forthcoming as possible to give Medical Services complete information in evaluating next steps. Please provide dates when possible. Completing this form does not automatically mean that an employee will be drug/alcohol tested or medically evaluated. DTE's Designated Employer Representative and/or Leader of Health & Welfare Benefits is the final decision maker on next steps. Also, this process is not intended to substitute for effective leadership or performance management.

**For immediate safety concerns, please remove the employee from harm and call Medical Services (313) 475-3460 immediately. Do not let an employee drive or perform safety sensitive work until after the employee is cleared by Medical Services.**

| Employee Name: | Employee ID: | Date of Observation: |
|---|---|---|
| Richard S Jackson | E62651 | 11/7/2023 |

Name of leader completing form: Derrel S Watts

Phone Number: 313-244-1515

Name of second observing leader (*required for drug testing employees under DOT regulations*): Sherman K Holt

Phone Number: 313-204-8108

**Instructions: Check Yes or No for each item. Has the employee manifested any of the following signs or symptoms?**

| Yes | No | Safety Observation (If yes, Contact Corporate Security immediately, before finishing form) | Comments/Dates Observed |
|---|---|---|---|
| ☐ | ☒ | 1. Physically violent | Date/Comments. |
| ☐ | ☒ | 2. Making threats to self or others | Date/Comments. |
| ☒ | ☐ | 3. Other behavior causing concern that the employee may be a danger to themselves or others (*describe in narrative section on page 2*) | 11/5/2023-Potentially threatening posts |

| Yes | No | Physical Observation | Comments/Dates Observed |
|---|---|---|---|
| ☐ | ☒ | 4. Smell of alcohol or marijuana | Date/Comments. |
| ☐ | ☒ | 5. Admission of drinking alcohol or ingesting drugs | Date/Comments. |
| ☐ | ☒ | 6. Presence of alcohol, drugs, or paraphernalia | Date/Comments. |
| ☒ | ☐ | 7. Unusual speech (e.g. slurred, slow, soft, loud) | Tends to ramble and repeat |
| ☐ | ☒ | 8. Confusion/Disorientation (e.g. unsure what time/day it is) | Date/Comments. |
| ☐ | ☒ | 9. Unusual skin appearance (e.g. flushed, pale, perspiring) | Date/Comments. |
| ☐ | ☒ | 10. Bloodshot eyes; Dilated or constricted pupils | Date/Comments. |
| ☒ | ☐ | 11. Blank stare or expression | During discussions-looks directly at you. When speaking; facual trembling |
| ☐ | ☒ | 12. Lack of hygiene | Date/Comments. |
| ☐ | ☒ | 13. Unable to walk, stumbling or unsteady | Date/Comments. |
| ☐ | ☒ | 14. Lack of motor coordination | Date/Comments. |
| ☐ | ☒ | 15. Shaking or trembling hands | Date/Comments. |

WASN'T AT WORK NOV 7, 2023



Email completed form to your Medical Services (313) 475-3460 contact or fax to 313-235-0119

Exhibit E2

DTE Energy

# Reasonable Suspicion/Fitness for Duty Observation Checklist

STRICTLY CONFIDENTIAL

| Yes | No | Interpersonal Observation | Comments/Dates Observed |
|---|---|---|---|
| ☒ | ☐ | 16. Frequent or intense arguments | Doesn't accept explanations-occasional |
| ☐ | ☒ | 17. Unusually withdrawn or less involved with people | Date/Comments. |
| ☒ | ☐ | 18. Sudden resistance to authority or refusal to follow directions | Numerous occasions-will call out supervisors and accuse them of unnecessary displine |
| ☐ | ☒ | 19. Concern expressed by coworker(s) for employee's health/safety | Date/Comments. |
| ☐ | ☒ | 20. Unusual sensitivity to advice or critique of work | Date/Comments. |
| ☒ | ☐ | 21. Unpredictable response to supervision | Questions supervisory authority when it comes to discipline |
| ☐ | ☒ | 22. Behavior that disrupts work | Date/Comments. |
| ☐ | ☒ | 23. Frequent, unsupported absences from work area | Date/Comments. |

| Yes | No | Work Performance | Comments/Dates Observed |
|---|---|---|---|
| ☐ | ☒ | 24. Repeated errors despite increased guidance | Date/Comments. |
| ☐ | ☒ | 25. Frequent, unsupported explanations for poor work performance | Date/Comments. |
| ☒ | ☐ | 26. Noticeable change in written or verbal communication | When talking-seemsto ramble on-repeat what was said |
| ☐ | ☒ | 27. Concern regarding safety incidents involving employee | Date/Comments. |
| ☐ | ☒ | 28. Interferes with or ignores established procedures | Date/Comments. |
| ☐ | ☒ | 29. Inability to follow through on job instructions | Date/Comments. |
| ☐ | ☒ | 30. Sudden difficulty recalling instructions, data, simple information | Date/Comments. |
| ☐ | ☒ | 31. Has employee recently been coached or disciplined? | Date/Comments. |
| ☐ | ☒ | 32. Has Employee and Labor Relations been informed of these issues? | Not recently |

| Yes | No | Other | Comments/Dates Observed |
|---|---|---|---|
| ☐ | ☒ | 33. Self-reported inability to perform parts of the job | Date/Comments. |
| ☐ | ☒ | 34. Self-reported concerns about his/her ability to perform job safely | Date/Comments. |
| ☐ | ☒ | 35. Self-reported personal, domestic, or legal issues | Date/Comments. |

**Narrative Section.** **Please provide any other information (attach additional sheets if necessary)**

Recently employee has lashed out with text messages and Teams posts questioning supervisory instruction and authority. Was sent home for potentially threatening Teams port that made others uncomfortable. Employees badge was deactivated but still went to service center and convinced guard to grant access. Once inside took numeros pictures of office area and photos of general supervisor then posted them with aggressive wording; using the words "Tyrant".

| | |
|---|---|
| Leader signature:<br>Derrel S Watts | Date:<br>11/7/2023 |
| Second Leader signature (*if required*):<br>Type /s/ before name for Electronic Signature. | Date:<br>Date. |

Revised 01/01/2019



Email completed form to your Medical Services (313) 475-3460 contact or fax to 313-235-0119

EXHIBIT [redacted] C-3

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kathrine Lorenz
One Energy Plaza
Detroit, MI 48226

9590 9402 9796 5266 3525 74

2. Article Number *(Transfer from service label)*

...915 24

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X French

☑ Agent
☐ Addressee

B. Received by *(Printed Name)*
French

C. Date of Delivery
9-25-26

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
...ured Mail
...ured Mail Restricted Delivery
...r $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

---

USPS TRACKING #

METROPLEX MI 480
25 SEP 2026 PM 15 L

9590 9402 9796 5266 3525 74

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Richard Jackson
[redacted]

EXHIBIT C-3

Richard Jackson

[redacted]

[redacted], Michigan [redacted]

(734) [redacted]

[redacted]@yahoo.com

[redacted]@outlook.com

September 23, 2026

Attn: Human Resources & Legal Department

One Energy Plaza

Detroit, MI 48226

RE: Formal Request for Complete Personnel File and medical Records

Employee Name: Richard Jackson e62651

Date of injury: April 23, 2022

Date of Separation: February 2, 2024

To Whom It May Concern,

Please accept this letter as a formal written request for a complete and unredacted copy of my personnel file and all internal medical/case management records maintained by DTE Energy and its third-party administrators. Pursuant to Michigan Bullard-Plawecki Employee Right to Know Act (MCL 423.501 et seq.), I am entitled to review and receive copies of my personnel record. Please ensure this disclosure includes, but is not limited to:

EXHIBT C-3

1. All employment records, disciplinary actions, performance reviews, and termination paperwork relative to my separation in 2024.
2. All internal communications, emails, notes, and logs complied by HR, supervisors, and case managers regarding my 2022 work-related truck accident and subsequent workers' compensation claim.
3. All documentation relating to any Short-Term Disability (STD) claims initiated, opened, or attempted to be opened in my name.
4. A complete copy of all medical records, fitness-for-duty evaluations, occupational clinic reports, and incident reports.

Specifically, I require the original, unaltered electronic document and file metadata associated with a purported "alcohol/aberrant behavior incident report" dated November 7, 2023, which was fabricated under my name despite the fact that I was not present at work and did not undergo a medical examination on November 6, 2023.

Additionally, please provide the complete, signed, and fully executed copies of Form WC-107 (Notice of Dispute) pertaining to my workers' compensation claim, as the copy forwarded to my attention was unsigned, contained erroneous data, and omitted the carrier file number. Please provide these records within the statutory timeframe mandated by Michigan Law. You may mail the copies directly to my address listed above.

Thank you for your prompt attention to this matter.

Sincerely,

Richard S Jackson 9-23-2026

# EXHIBIT

# D

EXHIBIT D-1

# ACKNOWLEDGEMENT & NOTICE OF HEARING

Michigan Department of Labor & Economic Opportunity
WORKERS' DISABILITY COMPENSATION AGENCY

RICHARD S JACKSON
[redacted]

D T E ENERGY COMPANY
1 ENERGY PLZ
DETROIT, MI 48226

ZURICH-AMERICAN INSURANCE COMPANY
PO BOX 968041
SCHAUMBURG, IL 60196
DOI'S: 4/23/2022

SS#: XXX-XX-6884
Case: WC-2026-0003594

* NOTICE TO EMPLOYER: PLEASE CONTACT YOUR INSURANCE CARRIER REGARDING YOUR PARTICIPATION IN THESE PROCEEDINGS. IF YOU ARE NOT INSURED, YOU MUST ATTEND.

Notice is given that an Application for Mediation or Hearing has been received by our agency.

This case is being scheduled for a TELEPHONE MEDIATION as outlined below. If it is subsequently determined that the parties need to attend in person, another hearing notice will be issued.

Failure of either party to participate may result in agency action as provided by R408.40b.

FACILITATOR: KATHRYN A WITCHELL
FACILITATOR WILL CALL PARTIES.
IF YOU HAVE QUESTIONS OR ARE UNAVAILABLE ON THIS DATE, CALL (517) 284-8892

Date: November 04, 2026
Time: 09:00 AM EST

Hearing Type: STAT MEDIATION

Prior to the hearing date, please send an email to the facilitator at WITCHELLK@MICHIGAN.GOV with the contact information (Name, Phone, and Email) for your parties to be contacted for the hearing. Include the case number WC-2026-0003594 in the subject of your email.

Dated at Lansing, Michigan, on October 06, 2026.

EXHIBIT D-1

Complaint Number - Com 26-007912

# STATEMENT OF ALLEGATION

**Respondent Information**

Doctor David W. Hazel MD.

DTE Energy Corporate Medical Department/Occupational Health

HFMC DTE Energy Occupational Health

2000 Second AVE FLR 6

Detroit, MI. 48226-1203

**Complainant Information**

Richard Jackson

[redacted]

[redacted], MI [redacted]

(734)[redacted]

[redacted]@outlook.com

# SUMMARY OF MISCONDUCT

This is a formal request for the Michigan Bureau of Professional Licensing (BPL) to investigate the professional conduct and medical license of the Respondent, a corporate physician employed by DTE Energy. The Respondent has violated the Michigan Public Health Code (including provisions governing professional honesty, accurate record-keeping, and medical ethics) by intentionally fabricating medical timelines, falsifying Short-Term Disability (STD) and generating or validating conflicting medical records to facilitate an employer-driven termination.

On May 15, 2026, these falsified medical documents were introduced as primary evidence during a formal labor arbitration hearing regarding a grievance dating back to 2023. The official arbitration ruling explicitly notes that the arbitrator relied heavily on these highly irregular and fabricated corporate medical files to sustain my termination.

EXHIBIT D-1

## SPECIFIC FACTUAL ALLEGATIONS

1. Falsification of Medical Timelines: The Respondent knowingly generated or altered medical records to create a false timeline of my physical condition, treatment history, and capacity to work.
2. Document Contradictions and Irregularities: The medical reports, internal corporate Short-Term Disability records, and Worker's Compensation document (specifically an unsigned Form WC 701) generated or validated by the Respondent all contain conflicting, mutually exclusive dates. These discrepancies prove that the records were systematically manipulated rather than maintained as accurate, contemporaneous medical accounts.
3. Lack of Objectivity and Patient Misrepresentation: The respondent abandoned objective medical standards to serve corporate interests. They actively fabricated metrics regarding a Short-Term Disability claim to construct a fraudulent basis for my termination, while my actual treating physician's credible medical evidence and records were actively suppressed during the review process.

## VIOLATIONS OF THE MICHIGAN PUBLIC HEALTH CODE

Based on the aforementioned actions, the Respondent's conduct constitutes a direct violation of:

- MCL 333.16221(a)- Fraud or deceit in obtaining or attempting to obtain third-party benefits or altering official metrics.
- MCL 333.16221(b)(i) - Incompetence or negligence in maintaining accurate patient histories and medical records.
- MCL 333.16221(b)(vi) - Lack of good moral character by intentionally misrepresenting medical data to interfere with legal labor proceeding.

## EVIDENCE ATTACHED

EXHIBIT D-1

In support of this complaint, I have attached the following

Physical evidence:

1. A copy of the Arbitrator's final written ruling dated May 15, 2026, highlighting the reliance on the Respondent's fabricated medical and Short-Term Disability Documents.
2. Copies of the conflicting medical reports, corporate disability logs, and the unsigned WC 701 form, clearly demonstrating the fraudulent, mismatched dates.

I request the Bureau of Professional Licensing thoroughly audit the internal DTE medical file logs associated with my name to verify the dates of alterations and hold the Respondent accountable under Michigan law.

Respectfully submitted,

Richard Jackson

September 1, 2026 On May 15 2026, Local 223 breached its Duty of Fair Representation through bad-faith collusion with DTE Energy during an arbitration hearing. The union attorney intentionally withheld charging party's treating doctor and critical witnesses. This allow DTE to introduce fraudulent medical timelines, Worker's Compensation and short-term disability records fabricated directly by the DTE company doctor and case manager, along with an unsigned WC 701form. The union failed to object to these falsified internal records, resulting in a tainted arbitration award where the arbitrator openly substituted objective facts for personal conscience to sustain an unlawful termination stemming from a 2023 complaint. The union lawyer to perform basic due diligence.

EXHIBIT D-1

Outlook

**Complaint Receipt Notice**

**From** LARA-BPL@michigan.gov <noreply@accela.com>
**Date** Wed 9/30/2026 2:13 PM
**To** [redacted]

RE: Complaint Number - COM26-007912

Thank you for contacting the Bureau of Professional Licensing. We are in receipt of the information you provided and the complaint number assigned to your case is referenced above.

The information will be thoroughly reviewed to determine if there has been a violation. Unfortunately, all information related to this complaint must be kept confidential due to statutory requirements; therefore, we cannot disclose to you any information obtained during the review and investigation processes. Depending on the nature of the complaint, this process could take several months.

If an actionable violation is found, this matter will proceed through the enforcement process. If disciplinary sanctions are issued against the licensee, the disciplinary documents will be posted on our License Look-Up web page at:

https://aca-PROD.accela.com/MILARA/GeneralProperty/PropertyLookUp.aspx?isLicensee=Y&TabName=APO.

We appreciate your interest and patience as this matter is processed. If you have questions, please contact us.

Sincerely,

Complaint Intake Section
Investigations and Inspections Division
Bureau of Professional Licensing
(517) 241-0205

EXHIBIT A-1

Outlook

## DIFS Online Fraud Report Received

**From** webnoreply@michigan.gov <webnoreply@michigan.gov>
**Date** Sat 8/22/2026 3:21 PM
**To** [redacted]

Your report has been submitted. Once your submission has been reviewed, you may be contacted for additional information. If you have questions or wish to check the status of your submission please call 877-999-6442 and ask for the Fraud Investigation Unit.

**Note: If you have additional information you would like to submit to DIFS after an online allegation of suspected fraud has been submitted, please email the information along with your confirmation number to DIFS-Antifraud@michigan.gov or fax to 517-284-8837.**

**Confirmation #: 21756**

**Contact Information**

**Name:** Richard Steven jackson II

**Subjects & Interested Parties**

| | | **Contact Information:** |
|---|---|---|
| DTE,Henry Ford Health, Segdwick, Local 223 | Insurance/Workers Compensation/Disability<br>**Involvement Details:** From Aug 2022 to May 2026 these four entity conspired together to commit Worker's comp fraud, Short Term Disability fraud, medical report fraud and Fair labor standard act fraud to retaliate and fire a employee for reporting a DTE supervisor.<br><br>**Injury Details:** Loss wages, benefits and job | **Business Phone:** 800-477-4747<br>Business<br>ONE ENERGY PLAZA<br>DETROIT MI 48226<br>Wayne (Detroit only) |

**Claims & Incidents**

| | **Monetary Details** | **Loss Address & Service Date(s)** |
|---|---|---|
| **Company That Issued Claim or Policy:**Sedgwick<br>**Company Case Number:**<br>**Policy Number:**<br>**Claim Number**[redacted]<br>**Claim Status:**Open<br>**Loss/Injury Date:**<br>**Loss/Injury Date Range:** | **Potential Loss:**$747,072<br>**Reserve Amount:**<br>**Billed Amount:**<br>**Amount Paid (Date Paid):** $1,297 (8/17/2022)<br>**Settlement Paid (Date Paid):** | **Legal Action:**<br>Court Case Number:<br>**Loss Address:**<br>Other - FREEWAY MI<br>Wayne (Detroit only)<br>**Service Date(s):**4/23/2022 - 8/17/2022<br>WAGES,MEDICAL, AND BENEFITS |

**Attachments**

| **File** | **Type** | **Description** |
|---|---|---|
| state.pdf | Other DOCUMENTS | MEDICAL REPROTS AND CLAINM |

Thank you for your submission.

EXHIBIT D-2

State of Michigan

**Attorney Grievance Commission**

755 W. Big Beaver Rd. - Suite 2100
Troy, MI 48084
www.agcmi.org

**Request for Investigation Form**

Instructions:

A request for investigation of an attorney must describe the alleged misconduct (including time and place), be signed by the complainant, and be filed with the Grievance Administrator. Please fill out this entire form, specifically setting forth all the facts and circumstances of the alleged misconduct. You may attach copies of supporting documents to this form. Please provide an **additional** copy of this form and all attachments upon submission.

Only one attorney may be listed in this form. If you have a complaint against more than one attorney, you must file a separate form for each attorney.

(Please Type or Print):

Attorney Information:

Full Name and P Number: MAMI KATO [redacted]

Address (number and street): 34977 Woodward Ave Suite 300

City: Birmingham State: MI Zip Code: 48009

Telephone: 248-593-6400

Complainant Information:

Mr. ○ Ms. ○ Dr. ○ Hon. ○

Your Name: Richard JACKSON

Address (number and street): [redacted]

City: [redacted] State: [redacted] Zip Code: [redacted]

Telephone (Home): ____ (Cell): [redacted] (Work): ____

E-mail: [redacted]

Date: 10-30-26 Your Signature: Richard Jackson

EXHIBIT D-2

Relationship to attorney complained of:

Client ☐ Opposing party ☐ Opposing counsel ☐ Judge ☒ Employer/Supervisor ☐ Other ☐

If other was checked, please specify: ____________________

Date Attorney was hired/retained: ____________________

Type of Case Involved (eg: criminal, divorce, civil):

____________________

Case Number/Court where filed:

NO. WC-2026-00035941 / NO. 01-24-0002709

Statement of alleged misconduct: (You must make a statement of facts. You may attach as many additional pages as necessary to fully set forth all the relevant facts and circumstances surrounding your request for investigation.)

Bullard- Plawecki Act
18 U.S.C. § 1035 violations

Clear Form

EXHIBIT D-2

# MAMI KATO 18 U.S.C 1035 Violation Letter

**Stating the Facts Plainly**:

"I requested my statutory personnel files under the Bullard-Plawecki Act on September 23, 2026 [Wed, Sep 23, 2026]. Attorney Mami Kato issued this written directive on October 23, 2026, explicitly state-gatekeeping my records requests while withholding my files [Thu, Oct 15, 2026]. This constitutes a deliberate concealment of material evidence linked to an active workers' compensation claim and pending 18 U.S.C. § 1035 violations [Thu, Oct 15, 2026]

EXHIBIT D-2

Ogletree Deakins

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PLLC
*Attorneys at Law*
34977 Woodward Avenue, Suite 300
Birmingham, MI 48009
Telephone: 248-593-6400
Facsimile: 248-283-2925
www.ogletree.com

Mami Kato
(248) 723-6126
mami.kato@ogletree.com

October 23, 2026

**Via Email and First-Class Mail**
Mr. Richard A. Jackson
[redacted]

RE: ***Richard Jackson v. DTE Energy***
**Case No. 01-24-0007-2709**

Dear Mr. Jackson:

As you know, our law firm represents DTE Energy in labor arbitration arising out of your union grievance, and we continue to represent DTE Energy in all matters associated with your grievance-arbitration and post-award activities. Accordingly, please direct all of your communications to DTE Energy, including any settlement proposals and request for your personnel file, to my attention at mami.kato@ogletree.com, or at the physical address above, and refrain from directing your communications to DTE Energy in connection with the above referenced matter.

The purpose of this letter is to also advise you that DTE Energy has not been properly served with your Petition to Vacate Arbitration Award, Deny Confirmation, Stay Enforcement, and Remand for New Arbitration Hearing, dated August 12, 2026, in accordance with applicable provisions of the Michigan Court Rules. If you believe this to be in error, please provide us with a copy of your complaint and summons issued in this matter.

Thank you for your attention to this matter.

Sincerely,

Mami Kato

MK:rg

EXHIBIT [redacted]

D-2

THLEEN HICKEY
*CHAIRPERSON*

ORAH B. ROBINSON
*ICE-CHAIRPERSON*

XANDER PAHANY
*SECRETARY*

*MEMBERS*
HRYN R. SWEDLOW
JAMES MORITZ
NJALI PRASAD
OLLY JESCHKE
SEPH P. MCGILL
BRA KUBITSKEY

STATE OF MICHIGAN

# ATTORNEY GRIEVANCE COMMISSION

PNC CENTER
755 W. BIG BEAVER RD, SUITE 2100
TROY, MI 48084
TELEPHONE (313) 961-6585
WWW.AGCMI.ORG

MICHAEL V. GOETZ
*GRIEVANCE ADMINISTRATOR*

KIMBERLY L. UHURU
*DEPUTY ADMINISTRATOR*

CYNTHIA C. BULLINGTON
*ASSISTANT DEPUTY ADMINISTRATOR*

SARAH C. LINDSEY
*GENERAL COUNSEL*

*ASSOCIATE COUNSEL*
EMILY A. DOWNEY
MICHAEL K. MAZUR
PAMELA I. LINVILLE
CORA L. MORGAN
GRAHAM G. LEACH
MARY A. BOWEN
AUSTIN D. BLESSING-NELSON
CAITLIN O. FLEMING
MAHIRA MUSANI
COURTNEY T. ALTOVILLA

October 2, 2026

**PERSONAL AND CONFIDENTIAL**

Richard S. Jackson
[redacted]

**RE: Richard S. Jackson as to Patricia M. Leonard**
**AGC File No. 26-2099**

Dear Mr. Jackson:

This letter is to acknowledge receipt of your Request for Investigation. After a preliminary investigation, we must determine (1) if this is a matter that falls within the Commission's jurisdiction; (2) whether the facts you have provided indicate a violation of any of the rules which the Commission enforces; and (3) whether further investigation is warranted.

If further action is warranted, a full investigation will be instituted. Upon completion of such an investigation the matter will be referred to the Commission for its consideration. If we need additional facts or information from you, a member of our staff will be in touch with you to obtain them. However, if it is determined that the complaints contained in your Request for Investigation do not merit further attention by the Commission, you will be notified of that determination in writing.

The Client Protection Fund (Fund) is a program established by the State Bar of Michigan, as authorized by the Michigan Supreme Court, to reimburse clients who have been victimized by lawyers who violate the profession's ethical standards and misappropriate funds entrusted to them. Claims need to be promptly submitted. For more information, including forms, you may visit the Fund's website at: www.michbar.org/client/protectionfund.

Please be assured that we are acting as expeditiously as we can to give your matter careful attention. You will receive written notice of our decision promptly after we conclude our work. Thank you for bringing this matter to the attention of the Attorney Grievance Commission.

Very truly yours,

*Cynthia C. Bullington*

Cynthia C. Bullington
Assistant Deputy Administrator

CCB/jmb

EXHIBIT D-2

KATHLEEN HICKEY
*CHAIRPERSON*

NDRAH B. ROBINSON
*VICE-CHAIRPERSON*

LEXANDER PAHANY
*SECRETARY*

*MEMBERS*
THRYN R. SWEDLOW
JAMES MORITZ
ANJALI PRASAD
HOLLY JESCHKE
JOSEPH P. MCGILL
DEBRA KUBITSKEY

STATE OF MICHIGAN

# ATTORNEY GRIEVANCE COMMISSION

PNC CENTER
755 W. BIG BEAVER RD, SUITE 2100
TROY, MI 48084
TELEPHONE (313) 961-6585
WWW.AGCMI.ORG

MICHAEL V. GOETZ
*GRIEVANCE ADMINISTRATOR*

KIMBERLY L. UHURU
*DEPUTY ADMINISTRATOR*

CYNTHIA C. BULLINGTON
*ASSISTANT DEPUTY ADMINISTRATOR*

SARAH C. LINDSEY
*GENERAL COUNSEL*

*ASSOCIATE COUNSEL*
EMILY A. DOWNEY
MICHAEL K. MAZUR
PAMELA I. LINVILLE
CORA L. MORGAN
GRAHAM G. LEACH
MARY A. BOWEN
AUSTIN D. BLESSING-NELSON
CAITLIN O. FLEMING
MAHIRA MUSANI
COURTNEY T. ALTOVILLA

October 9, 2026

**PERSONAL AND CONFIDENTIAL**

Richard S. Jackson
[redacted]

**RE: Richard S. Jackson as to Richard G. Mack**
**AGC File No. 26-2179**

Dear Mr. Jackson:

This letter is to acknowledge receipt of your Request for Investigation. After a preliminary investigation, we must determine (1) if this is a matter that falls within the Commission's jurisdiction; (2) whether the facts you have provided indicate a violation of any of the rules which the Commission enforces; and (3) whether further investigation is warranted.

If further action is warranted, a full investigation will be instituted. Upon completion of such an investigation the matter will be referred to the Commission for its consideration. If we need additional facts or information from you, a member of our staff will be in touch with you to obtain them. However, if it is determined that the complaints contained in your Request for Investigation do not merit further attention by the Commission, you will be notified of that determination in writing.

The Client Protection Fund (Fund) is a program established by the State Bar of Michigan, as authorized by the Michigan Supreme Court, to reimburse clients who have been victimized by lawyers who violate the profession's ethical standards and misappropriate funds entrusted to them. Claims need to be promptly submitted. For more information, including forms, you may visit the Fund's website at: www.michbar.org/client/protectionfund.

Please be assured that we are acting as expeditiously as we can to give your matter careful attention. You will receive written notice of our decision promptly after we conclude our work. Thank you for bringing this matter to the attention of the Attorney Grievance Commission.

Very truly yours,

*Cynthia C. Bullington*

Cynthia C. Bullington
Assistant Deputy Administrator

CCB/jmb

EXHIBIT D-2

KATHLEEN HICKEY
*CHAIRPERSON*

KENDRAH B. ROBINSON
*VICE-CHAIRPERSON*

ALEXANDER PAHANY
*SECRETARY*

*MEMBERS*
KATHRYN R. SWEDLOW
JAMES MORITZ
ANJALI PRASAD
HOLLY JESCHKE
JOSEPH P. MCGILL
DEBRA KUBITSKEY

STATE OF MICHIGAN

# ATTORNEY GRIEVANCE COMMISSION

PNC CENTER
755 W. BIG BEAVER RD, SUITE 2100
TROY, MI 48084
TELEPHONE (313) 961-6585
WWW.AGCMI.ORG

MICHAEL V. GOETZ
*GRIEVANCE ADMINISTRATOR*

KIMBERLY L. UHURU
*DEPUTY ADMINISTRATOR*

CYNTHIA C. BULLINGTON
*ASSISTANT DEPUTY ADMINISTRATOR*

SARAH C. LINDSEY
*GENERAL COUNSEL*

*ASSOCIATE COUNSEL*
EMILY A. DOWNEY
MICHAEL K. MAZUR
PAMELA I. LINVILLE
CORA L. MORGAN
GRAHAM G. LEACH
MARY A. BOWEN
AUSTIN D. BLESSING-NELSON
CAITLIN O. FLEMING
MAHIRA MUSANI
COURTNEY T. ALTOVILLA

September 2, 2026

**PERSONAL AND CONFIDENTIAL**
Richard Jackson
[redacted]

**RE: Richard Jackson as to James W. Statham**
**AGC File No. 26-2070**

Dear Mr. Jackson:

Thank you for your recent correspondence. In order to proceed with your Request for Investigation we need additional information. Attachments cannot be used in place of the required factual statement. The statement should provide relevant facts, dates and events. It is unnecessary to provide legal argument. Provide only relevant attachments, which are unmarked.

Your original correspondence is enclosed. No further action will be taken until you resubmit the Request for Investigation with the requested information.

Any future communications concerning this matter should include a reference to the above file number.

Very truly yours,

Cynthia C. Bullington/hkc
Cynthia C. Bullington
Assistant Deputy Administrator

CCB/hkc
Enclosure

EXHIBIT D-2

before such a by-pass is made. In the event of disagreement, the matter may be processed through the grievance procedure to the President of the Company, or his/her delegate, whose decision shall be controlling, except that the question of whether the by-pass has been arbitrary or discriminatory may be sub mitted to arbitration in accordance with Article 5 of this Agreement. If the arbitrator finds the by-pass was arbitrary or discriminatory, the by-pass will be canceled.

*Section 8.39. Swing-Stage Premium.* In the Electrical System Substations, a Structural Maintenance Journeyman will receive an additional premium equal to the difference between the grade maximum of his/her classification and the grade which is two grades above the grade maximum of his/her classification (i.e., two pay grades) while working from a swing-stage boatswain's chair, scaffold on traveling crane, on radio towers, or when painting, without the use of ladders, bucket trucks, or scaffolds (excluding small jobs which can be done from the ground) the steel structures which support 120KV or higher voltage busses and associated equipment on outdoor mats at stations.

*Section 8.40. On-Call Allowance.* (For Trade and those classifications listed in attachment "A" OPT Election/Recognition history)

a. An allowance of two (2) hours at straight-time for the first sixteen (16) hour period or less on-call will be paid an employee who remains on-call, at the Company's request, between two of the employee's regular work periods on consecutive days. Time spent on-call in excess of the first sixteen (16) hour period will be paid at one-half (1/2) hour for each four (4) hour period or fraction thereof.

b. An allowance of two (2) hours at straight-time for the first eight (8) hour period or less on-call will be paid an employee who remains on-call, at the Company's request, between two of the employee's regular work periods when a holiday or off-day intervenes between such work periods. Time spent on-call, in excess of the first eight (8) hour period, will be paid at one-half (1/2) hour for each two (2) hour period or fraction thereof.

c. For the purposes of this Section 8.40, a work period of four (4) or more hours for an employee on a holiday or off-day is considered as a regular work period within the meaning of Paragraphs a and b of this Section 8.40, provided notice of such work is given to the employee before the start of the on-call period preceding the prearranged work.

d. (For those classifications listed in attachment "A" OPT Election/Recognition history) Exempt employees are not eligible for the on-call allowance.

*Section 8.41. General Orders, Routine Instructions, Company Memorandums and Company Policies and Practices.* (For Trade and those classifications listed in attachment "A" OPT Election/Recognition history) The provisions of General Orders, Routine Instructions, Company Memorandums and Company Policies and Practices will neither supersede nor be interpreted as superseding, without the written agreement of the Union, any provision contained in this Agreement. Copies of General Orders, Routine Instructions, Company Memorandums and Company Policies and Practices which deal with matters covered by this Agreement will be promptly furnished by Management to the Union.

*Section 8.42. Training Committee Structures, Roles and Responsibilities.* Training committees shall be formed for each bargaining unit. Training committees shall be structured to ensure strategic execution of business unit objectives, align training activities within the business unit and

EXHIBIT D-2

Union's choosing shall be paid by the Company for the time lost from their regular working hours while attending, Step 2 and Step 3 hearings and for one (1) employee while attending arbitration.

*Section 4.5. Step 3 Stenographic Transcription.* The Company and the Union shall jointly utilize a court reporter to transcribe the Step 3 proceedings for discharges and DMLs only. The parties agree to share all costs associated with the transcription. The Company and the Union may jointly request copies of the Step 3 transcript within 30 days of the hearing or request transcripts upon the Union's petition for Arbitration.

## Article 5
## ARBITRATION

*Section 5.1. Submission to Arbitration.* Any grievance which may be submitted to arbitration under the provisions of either Section 4.3 or of Article 6 may be so submitted within the time limits therein provided by requesting the American Arbitration Association in writing to select an arbitrator in accordance with its voluntary labor arbitration rules and sending a copy of such request by certified mail or email within such time limits, addressed to the Company to the attention of its Director of Human Relations at One Energy Plaza, Detroit, Michigan 48226.

*Section 5.2. Appointment of Representatives.* At the start of the arbitration hearing, each party may appoint a representative who will be available to meet with the arbitrator after the hearing. Such post arbitration meetings, if any, shall be called at the discretion of the arbitrator and both the Union and Management representative will be present.

*Section 5.3. Hearing and Decision.* All proceedings before the arbitrator shall be conducted in accordance with the voluntary labor arbitration rules of the American Arbitration Association. The decision of the arbitrator upon any question permitted by this Agreement shall be final and binding upon both parties.

*Section 5.4. Power of an Arbitrator.* No arbitrator shall have the power to change any of the provisions of this Agreement.

*Section 5.5. Expenses of Arbitration.* The fees and expenses of the arbitrator, the stenographic record, and similar incidental arbitration expenses shall be shared equally by the parties hereto.

## Article 6
## GRIEVANCES IN DISCHARGE, SUSPENSION, DECISION MAKING LEAVE, AND DEMOTION CASES

Unless otherwise agreed between the Company and the Union, prior to the discharge, suspension, decision making leave (DML), or demotion for cause of an employee, the Company will conduct a fact finding meeting with the Chairperson of the bargaining unit or, or the Chairperson's designee. (See also Section 8.31 regarding the Supervisor's obligation to provide Union representation under other circumstances involving Positive Discipline.) Unless otherwise agreed between the Company and the Union, the Company will prepare and submit to the Union minutes of the fact finding meeting. Unless otherwise agreed between the Company and the Union, if an employee is discharged, suspended, given a DML, or demoted for cause, the Union shall be

JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Richard S Jackson

**(b)** County of Residence of First Listed Plaintiff: Wayne County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

"Pro Se"

## DEFENDANTS

Dte Eenergy Comapany, and Utility Workers of America Local 223

County of Residence of First Listed Defendant: ______
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*

*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

Other:
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [X] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing ***(Do not cite jurisdictional statutes unless diversity)***:
29 U.S.C Section 185

Brief description of cause:
29 U.S.C. Section 185 Hybird Section 301 claim for Breach of CBA and breach of duty of fair representation

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 3,700,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*: JUDGE ______ DOCKET NUMBER ______

DATE ______ SIGNATURE OF ATTORNEY OF RECORD ______

**FOR OFFICE USE ONLY**

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed?

☐ Yes
☒ No

If yes, give the following information:

Court: ______________________

Case No.: ______________________

Judge: ______________________

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)

☒ Yes
☐ No

If yes, give the following information:

Court: ______________________

Case No.: WC-2026-0003594

Judge: Witchell, Kathryn (LEO)

Notes :

DIFS FRAud Report Confirmation# 21756
AGC File NO. 26-2099
AGC File NO. 26-2070
AGC File NO. 26-2179
LARA COM26-007912